**MEREDITH & KEYHANI, PLLC**
**125 Park Avenue, 25th Floor**
**New York, New York 10017**
212-760-0098
Facsimile: 212-202-3819
www.meredithkeyhani.com

Writer's Direct Email:
dkeyhani@meredithkeyhani.com
Direct Dial: 212-380-1325

June 15, 2017

**VIA ECF**
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, NY 10007

Re: *Bytemark, Inc. v. Xerox Corp. et al., 1:17-cv-01803-PGG*

Dear Judge Gardephe:

     We represent the Plaintiff in the above referenced matter. Plaintiff writes this letter to respectfully request a thirty (30) day adjournment of the Initial Conference, set for June 22, 2017 (Dkt. No. 13), to July 24, 2017. Pursuant to the Court's March 22, 2017 Order (Dkt. No. 13), Plaintiff served each defendant with copies of the Court's Individual Practice and the March 22, 2017 Notice. Counsel for defendants have not made an appearance in this case and Plaintiff has served the complaint and summons on Xerox Corp. and NJ Transit Corp., and service is pending on the remaining defendants.

     Per the Court's March 22, 2017 Order, the parties are to submit a Joint Letter to the Court one week before the scheduled initial conference. As counsel for Defendants have not made an appearance in this case and Plaintiff is unaware of the identities of such counsel, Plaintiff respectfully requests an extension to submit the parties' Joint Letter to July 17, 2017.

Respectfully submitted,

/s/ Dariush Keyhani
Dariush Keyhani