Gondephe, P.

Edward J. Dauber, Esq.
GREENBERG DAUBER EPSTEIN & TUCKER
A Professional Corporation
One Gateway Center - Suite 600
Newark, New Jersey 07102-5311
(973) 643-3700
*Attorneys for Defendant New Jersey Transit Corp.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/17

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> XEROX CORP., ACS TRANSPORT SOLUTIONS, INC, XEROX TRANSPORT CORP TRANSPORT SOLUTIONS, INC., CONDUENT, INC, and NEW JERSEY TRANSIT CORP., <br><br> Defendants. | No. 1:17-CV-01803-PGG <br><br> CIVIL ACTION <br><br> **CONSENT ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE MOVE** |

This matter having been brought before the Court by Greenberg, Dauber, Epstein and Tucker, counsel for defendant New Jersey Transit Corp, and counsel for plaintiff, Bytemark, Inc., for an order extending the time for defendant New Jersey Transit Corp, to file a responsive pleading in this matter, and it appearing that the parties have consented to the relief requested as reflected by the signatures of counsel affixed hereto, and good cause appearing;

IT IS on this __6th__ day of __July__, 2017 ORDERED that the time for defendant New Jersey Transit Corp to file an answer or otherwise move with respect to the amended complaint is extended to July 19, 2017.

IT IS FURTHER ORDERED that a copy of this order shall be served on all counsel of record within 7 days of the date of this order.

_____
Hon. Paul G. Gardephe, U.S.D.J.

The undersigned hereby consent to the form and entry of this order.

_____
Edward J. Dauber, Esq.
Greenberg Dauber Epstein & Tucker
A Professional Corporation
One Gateway Center, Suite 600
Newark, New Jersey 07102
*Counsel for Defendant*
*New Jersey Transit Corp*

_____
Darius Keyhani, Esq.
Meredith & Keyhani, PLLC
125 Park Avenue, 25th Floor
New York, New York 10017

*Counsel for Plaintiff*
*Bytemark, Inc*