AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| _____ | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

/s/Sheryl L. Stahl
_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

litigationgroup@greenbergdauber.com
_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*