## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:17-cv-01803 |
| | § | Hon. Paul G. Gardephe |
| XEROX CORP., ACS TRANSPORT | § | |
| SOLUTIONS, INC., XEROX | § | |
| TRANSPORT SOLUTIONS, INC., | § | |
| CONDUENT INC., and | § | |
| NEW JERSEY TRANSIT CORP., | § | |
| | § | |
| Defendants. | § | |

### AFFIDAVIT OF THOMAS E. DONOHUE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Thomas E. Donohue, being duly sworn, hereby deposes and says as follows:

1. I am of counsel with the law firm of Fishman Stewart PLLC with a principal office at 39533 Woodward Avenue, Suite 140, Bloomfield Hills, Michigan 48304.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned action.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the states of Michigan and Illinois.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendants XEROX Corp., ACS Transport Solutions, Inc., XEROX Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp.

Dated: 7/13/17

Thomas E. Donohue
Fishman Stewart PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Tel.: (248) 594-0600
Fax: (248) 594-0610
tdonohue@fishstewip.com

**NOTARY CERTIFICATE**

United States of America
State of Michigan
County of Oakland

Notary Public: Kristen L. McGrath

Date: 7/13/17

My commission expires on:

KRISTEN LEIGH MCGRATH
Notary Public - State of Michigan
Oakland County
My Commission Expires Oct 5, 2022
Acting in the County of Oakland