### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:17-cv-01803 |
| | § | Hon. Paul G. Gardephe |
| XEROX CORP., ACS TRANSPORT | § | |
| SOLUTIONS, INC., XEROX | § | |
| TRANSPORT SOLUTIONS, INC., | § | |
| CONDUENT INC., and | § | |
| NEW JERSEY TRANSIT CORP., | § | |
| | § | |
| Defendants. | § | |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Thomas E. Donohue, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Michigan and Illinois, and that his contact information is as follows:

Applicant's Name: Thomas E. Donohue

Firm Name: Fishman Stewart PLLC

Address: 39533 Woodward Ave., Suite 140

City / State / Zip: Bloomfield Hills, Michigan 48304

Telephone / Fax: (248) 594-0600 / (248) 594-0610

Applicant having requested *pro hac vice* to appear for all purposes as counsel for Defendants XEROX Corp., ACS Transport Solutions, Inc., XEROX Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: _____                    _____

                                             United States District Judge
                                             Paul G. Gardephe