IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:17-cv-01803 |
| | § | Hon. Paul G. Gardephe |
| XEROX CORP., ACS TRANSPORT | § | |
| SOLUTIONS, INC., XEROX | § | |
| TRANSPORT SOLUTIONS, INC., | § | |
| CONDUENT INC., and | § | |
| NEW JERSEY TRANSIT CORP., | § | |
| | § | |
| Defendants. | § | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/17

**CONSENT ORDER FOR EXTENSION OF TIME TO ANSWER OR
<u>OTHERWISE MOVE</u>**

This matter having been brought before the Court by Fishman Stewart, PLLC, counsel for defendants XEROX Corp., ACS Transport Solutions, Inc., XEROX Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp., and Meredith & Keyhani, PLLC, counsel for plaintiff Bytemark, Inc., for an order extending the time for all defendants to file a responsive pleading in this matter, and it appearing that the parties have consented to the relief requested as reflected by the signatures of counsel affixed hereto, and good cause appearing:

It is on this 20th day of July 2017 ORDERED that the time for defendants to file an answer or otherwise move with respect to the complaint is extended to August 8, 2017.

IT IS FURTHER ORDERED that a copy of this order shall be served on all counsel of record within 7 days of the date of this order. *It is further ordered that the pretrial conference is adjourned to Sept. 7, 2017 at 10:00 AM*

_____
Hon. Paul G. Gardephe, U.S.D.J.

July 20, 2017

1

The undersigned hereby consent to the form and entry of this order.

_____
Douglas P. LaLone
Fishman Stewart PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Tel.: (248) 594-0600
Fax: (248) 594-0610
dlalone@fishstewip.com
*Counsel for Defendants XEROX Corp.,*
*ACS Transport Solutions, Inc.,*
*XEROX Transport Solutions, Inc.,*
*Conduent, Inc., and New Jersey Transit Corp.*

_____  *Dariush Keyhani with permission DPL.*
Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
125 Park Avenue, 25th Floor
New York, New York 10017
*Counsel for Plaintiff Bytemark, Inc.*

2