# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BYTEMARK, INC.,

        Plaintiff,

     v.

XEROX CORP., ACS TRANSPORT
SOLUTIONS, INC., XEROX
TRANSPORT SOLUTIONS, INC.,
CONDUENT INC., and NEW JERSEY
TRANSIT CORP.,

        Defendants.

§§§§§§§§§§§§§§§§§§

CIVIL ACTION NO. 1:17-cv-01803
(PGG)
ECF CASE

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, David Sochia hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants XEROX Corp., ACS Transport Solutions, Inc., XEROX Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp. in the above-captioned action.

I am in good standing of the bar of the state of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 24, 2017

Respectfully submitted,

David Sochia
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4245
Facsimile: (214) 978-4044
dsochia@McKoolSmith.com

## CERTIFICATE OF SERVICE

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 3rd day of August, 2017. Any other known counsel of record will be served with a copy of this document by e-mail and/or facsimile transmission.


By:    /s/ David R. Dehoney
       David R. Dehoney