UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC.,<br><br>       **Plaintiff,**<br><br>       v.<br><br>XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.,<br><br>       **Defendants.** | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:17-cv-01803 (PGG)<br>ECF CASE |

## AFFIDAVIT OF DAVID SOCHIA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

David Sochia, being duly sworn, hereby deposes and says as follows:

1.    I am a principal with the law firm of McKool Smith, P.C., with an office at 300 Crescent Court, Suite 1500, Dallas, Texas 75201.

2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Texas.

4.    There are no pending disciplinary proceedings against me in any state or federal court.

5.    I have never been convicted of a felony.

6.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.    Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendants XEROX Corp., ACS Transport Solutions, Inc., XEROX Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp.

Dated:  July 24, 2017

David Sochia
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone:  (214) 978-4245
Facsimile:  (214) 978-4044
dsochia@McKoolSmith.com

**NOTARY CERTIFICATE**

United States of America
State of Texas
County of Dallas

Notary Public:_____
            Jodie L. Mow

Date:_____

My commission expires on:



JODIE L MOW
Notary ID #4873710
My Commission Expires
May 9, 2021

2