IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.,<br><br>     Defendants. | Case No. 1:17-cv-01803-PGG |

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's First Amended Complaint was electronically filed on this September 21, 2017.  Notice of this filing will be sent to all parties and counsel of record by operation of the Court's electronic filing system and the parties may access this filing through the Court's system.


/s/ Frances H. Stephenson
Frances H. Stephenson