USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYTEMARK, INC.,

                Plaintiff,

-against-

XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.

                Defendants.

**ORDER**

17 Civ. 1803 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the conference in this action previously scheduled for October 5, 2017 is adjourned to **October 12, 2017 at 5:00 p.m.**, and will take place as a telephone conference. Once both sides are on the line, counsel should contact Chambers at 212-805-0224.

Dated: New York, New York
       October 04, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge