USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYTEMARK, INC.,

          Plaintiff,

-against-

XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.

          Defendants.

**ORDER**

17 Civ. 1803 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the following schedule will apply to Defendants' motion to dismiss:

1. Motion papers are due on **November 10, 2017**;

2. Opposition papers are due on **December 1, 2017**; and

3. Reply briefs, if any, are due on **December 11, 2017**.

      It is further ORDERED that Defendants' request to extend the page limit for the motion from 25 pages to 50 pages is granted. Any request for leave to file a sur-reply is due December 18, 2017. Plaintiff has also "decided to withdraw" its tortious interference with business relations claim under New York law. (Pltf. Ltr. (Dkt. No. 47) at 1) Accordingly, it is hereby ORDERED that that claim is dismissed on consent.

Dated: New York, New York
      October 25, 2017

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge