Application/Control Number: 13/901,243　　　　　　　　　　Paper No. 20150901 - Page 2
Art Unit: 3668

# DETAILED ACTION

1.　　This application is being examined under pre-AIA status.

2.　　This office action is given an identifier, Paper No. 20150901, for reference purposes only.

## Status of Claims

3.　　Claims 6 and 8 are cancelled by Examiner's Amendment; therefore, claims 1-5, 7, and 9-28 are allowed in this office action.

## Statement on § 101 Subject Matter Eligibility

4.　　The matter of judicial exception was discussed between the Examiner and a 101 expert, Jim Trammell. It was concluded that the matter was overcome by the additional limitation of claim 8 since the method was an addition level of security when added to claim 1; therefore, a step of advancing the technology by the "significantly more" requirement by adding greater security to an electronic ticket.

## Examiner's Amendment

5.　　An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.