## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC., | |
|    Plaintiff, | |
|    v. | Civil Action No. 1:17-cv-01803-PGG |
| XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP., | JURY TRIAL DEMANDED |
|    Defendants. | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 1, 2017, Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Counts One, Two, Eight, Nine, and Ten of Plaintiff's Amended Complaint and Exhibits A-D were served via e-mail on counsel of record at the following email addresses:

dlalone@fishstewip.com
mfluhler@fishstewip.com
cwen@fishstewip.com
dsochia@mckoolsmith.com

                                          /s/ Frances H. Stephenson
                                          Frances H. Stephenson