IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 1:17-cv-01803-PGG |
| § | Hon. Paul G. Gardephe |
| XEROX CORP., ACS TRANSPORT § | |
| SOLUTIONS, INC., XEROX § | |
| TRANSPORT SOLUTIONS, INC., § | |
| CONDUENT INC., and § | |
| NEW JERSEY TRANSIT CORP., § | |
| § | |
| Defendants. § | |

**DEFENDANTS' NOTICE OF PETITION FOR COVERED BUSINESS METHOD
REVIEW FOR USPN 8,494,967**

Defendants Xerox Corp, ACS Transport Solutions, Inc, Xerox Transport Solutions Inc., Conduent Inc., and New Jersey Transit Corp. hereby notify the Court that a Covered Business Method Review (CBM) of USPN 8,494,967 has been filed with the U.S. Patent and Trademark Office on January 10, 2018 challenging claims 1, 2, 3, 4, 5, 6, 17, 18, 19, 20, 21, 22, 23 and 34 of the '967 Patent under 35 U.S.C. §§ 101, 103 and 112.  Case CBM2018-00011 petition is attached herewith as **Exhibit A**.

This development is relevant to Defendant's Motion to Dismiss pursuant to FED. R. CIV. P. 12(b).

Dated: January 26, 2018                    Respectfully submitted,

*/s/Douglas P. LaLone*
Douglas P. LaLone, Esq.
Michael T. Fluhler, Esq.
Thomas E. Donohue, Esq.
Christopher W. Wen, Esq.
Fishman Stewart PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Tel.: (248) 594-0600
Fax: (248) 594-0610
dlalone@fishstewip.com
mfluhler@fishstewip.com
tdonohue@fishstewip.com
cwen@fishstewip.com

*/s/David Dehoney*
David Dehoney
McKool Smith
One Bryant Park
47th Flr
New York, NY 10036
Tel: (212) 402-9424
Fax: (212) 402-9444
ddehoney@mckoolsmith.com

*/s/David Sochia*
David Sochia
McKool Smith
300 Crescent Court
Suite 1500
Dallas, Texas 75201
Tel: (214) 978-4245
Fax: (214) 978-9444
dsochia@mckoolsmith.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 26, 2018, Defendant's Notice of Petition for Covered Business Method Review for USPN 8,494,967 and accompanied exhibit was served via e-mail on the following counsel of record:

Dariush Keyhani
*Counsel for Plaintiff Bytemark*
Meredith & Keyhani, P.L.L.C.
125 Park Avenue, 25th Floor
New York, NY 10017
(211) 380-1325
Dkeyhani@meredithKeyhani.com

*/s/Sara N. Jodoin*
