# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC., § § Plaintiff, § § vs. § § XEROX CORP., ACS TRANSPORT § SOLUTIONS, INC., XEROX § TRANSPORT SOLUTIONS, INC., § CONDUENT INC., and § NEW JERSEY TRANSIT CORP., § § Defendants. § | Civil Action No. 1:17-cv-01803-PGG Hon. Paul G. Gardephe |

## DEFENDANTS' NOTICE OF PETITION FOR COVERED BUSINESS METHOD REVIEW FOR USPN 9,239,993

Defendants Xerox Corp, ACS Transport Solutions, Inc, Xerox Transport Solutions Inc., Conduent Inc., and New Jersey Transit Corp. hereby notify the Court that a Covered Business Method Review (CBM) of USPN 9,239,993 has been filed with the U.S. Patent and Trademark Office on January 15, 2018 challenging claims 1 – 17 and 22-24 of the '993 Patent under 35 U.S.C. §§ 101, 102 and 112.  Case CBM2018-00018 petition is attached herewith as **Exhibit A**.

This development is relevant to Defendant's Motion to Dismiss pursuant to FED. R. CIV. P. 12(b).

Dated: January 26, 2018                                     Respectfully submitted,

<div style="margin-left:50%">

*/s/Douglas P. LaLone*
Douglas P. LaLone, Esq.
Michael T. Fluhler, Esq.
Thomas E. Donohue, Esq.
Christopher W. Wen, Esq.
Fishman Stewart PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Tel.: (248) 594-0600
Fax: (248) 594-0610
dlalone@fishstewip.com
mfluhler@fishstewip.com
tdonohue@fishstewip.com
cwen@fishstewip.com

</div>

| | |
|---|---|
| */s/David Dehoney* | */s/David Sochia* |
| David Dehoney | David Sochia |
| McKool Smith | McKool Smith |
| One Bryant Park | 300 Crescent Court |
| 47th Flr | Suite 1500 |
| New York, NY 10036 | Dallas, Texas 75201 |
| Tel: (212) 402-9424 | Tel: (214) 978-4245 |
| Fax: (212) 402-9444 | Fax: (214) 978-9444 |
| ddehoney@mckoolsmith.com | dsochia@mckoolsmith.com |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 26, 2018, 2017, Defendant's Notice of Petition for Covered Business Method Review for USPN 9,239,993 and accompanied exhibit was served via e-mail on the following counsel of record:

Dariush Keyhani
*Counsel for Plaintiff Bytemark*
Meredith & Keyhani, P.L.L.C.
125 Park Avenue, 25th Floor
New York, NY 10017
(211) 380-1325
Dkeyhani@meredithKeyhani.com

*/s/Sara N. Jodoin*