**MEREDITH & KEYHANI, PLLC**
**125 Park Avenue, 25th Floor**
**New York, New York 10017**
212-760-0098
Facsimile: 212-202-3819
www.meredithkeyhani.com

Writer's Direct Email:
dkeyhani@meredithkeyhani.com
Direct Dial:  212-380-1325

July 18, 2018

**VIA ECF**
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, NY 10007

Re: *Bytemark, Inc. v. Xerox Corp. et al., 1:17-cv-01803-PGG*

Dear Judge Gardephe:

     We represent the Plaintiff in the above referenced matter.  Plaintiff writes to correct an error in a previously filed letter (Dkt. No. 65).  There are no pending AIA petitions of U.S. Patent No. 9,239,993.  Of Plaintiff's ten causes of action asserted against Defendants, only Count One of Plaintiff's First Amended Complaint (Dkt. No. 40) relates to the pending *inter partes* review of U.S. Pat. No. 8,494,967.  Attached as Exhibit A is a corrected letter.

                              Respectfully submitted,

                                /s/ Dariush Keyhani
                              Dariush Keyhani

cc: Defendants' counsel of record via ECF