# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BYTEMARK, INC., § | |
| § | |
| *Plaintiff*, § | Case No. 2:16-cv-00543-JRG-RSP |
| § | |
| v. § | |
| § | |
| MASABI LTD., § | |
| § | |
| *Defendant*. § | |

## ORDER

Following the court's order staying this case, Bytemark moved for a status conference. ECF No. 138. "The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). This case remains stayed in part because of pending proceedings at the Patent Trial and Appeal Board concerning the invalidity of the patents-in-suit. *See* PTAB-IPR2017-01449; CBM-2018-00011; CBM-2018-00018. Accordingly, Bytemark's motion is denied.

**SIGNED this 17th day of May, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE