# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BYTEMARK, INC. | § | |
| | § | |
| v. | § | Case No. 2:16-CV-543-JRG-RSP |
| | § | |
| MASABI LTD. | § | |

## ORDER

This matter is hereby stayed pending further order.

**SIGNED this 14th day of February, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE