# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BYTEMARK, INC., | § § | |
| Plaintiffs, | § § | Civil Action No. 1:17-cv-01803-PGG |
| vs. | § § | Hon. Paul G. Gardephe |
| | § § | |
| XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP., | § § § § § § § | **UNOPPOSED MOTION AND BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |
| Defendants. | § § | |

The McKool Smith Law Firm has appeared as counsel on behalf of Defendants, Xerox Corp., ACS Transport Solutions, Inc., Xerox Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp., ("Defendants"). The Defendants are fully represented in this case. As such, the law firm of Fishman Stewart PLLC hereby requests to withdraw as counsel of record for all Defendants. The Defendants do not object to this motion.

For the foregoing reasons, Fishman Stewart PLLC and its attorneys, Douglas P. LaLone, Thomas E. Donahue, Michael T. Fluhler, and Christopher W. Wen, respectfully request that the Court withdraw them as attorneys of record from the docket and remove them from electronic notices in this case.

Dated: December 7, 2018    Respectfully submitted,

            FISHMAN STEWART PLLC

        By: /s/ Douglas P. LaLone (P45751)
            Douglas P. LaLone (P45751)
            Thomas E. Donahue (P57089)
            39533 Woodward Ave., Suite 140
            Bloomfield Hills, MI 48304
            Tel.: (248) 594-0600
            Fax: (248) 594-0610
            dlalone@fishstewip.com

| /s/David Dehoney | /s/David Sochia |
|---|---|
| David Dehoney | David Sochia |
| McKool Smith | McKool Smith |
| One Bryant Park | 300 Crescent Court |
| 47th Flr | Suite 1500 |
| New York, NY 10036 | Dallas, Texas 75201 |
| Tel: (212) 402-9424 | Tel: (214) 978-4245 |
| Fax: (212) 402-9444 | Fax: (214) 978-9444 |
| ddehoney@mckoolsmith.com | dsochia@mckoolsmith.com |

            Attorneys for Defendants

## CERTIFICATE OF SERVICE

  The undersigned certifies that on December 7, 2018, Motion to Withdraw Counsel was served via e-mail on the following counsel of record:

Dariush Keyhani
*Counsel for Plaintiff Bytemark*
Meredith & Keyhani, P.L.L.C.
125 Park Avenue, 25th Floor
New York, NY 10017
(211) 380-1325
Dkeyhani@meredithKeyhani.com

            */s/ Gayna Lee Mellema*
            Gayna Lee Mellema