## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 1:17-cv-01803 |
| § | |
| XEROX CORP., ACS TRANSPORT § | |
| SOLUTIONS, INC., XEROX § | |
| TRANSPORT SOLUTIONS, INC., § | |
| CONDUENT INC., and § | |
| NEW JERSEY TRANSIT CORP., § | |
| § | |
| Defendants. § | |

## CERTIFICATE OF SERVICE

I hereby certify that the parties' Proposed Protective Order was electronically filed on this February 27, 2019. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's electronic filing system and the parties may access this filing through the Court's system.


/s/ Frances H. Stephenson
Frances H. Stephenson