# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BYTEMARK, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§ **CIVIL ACTION NO. 1:17-cv-01803**<br>§ **(PGG)**<br>§ **ECF CASE**<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFFS' PATENT INFRINGEMENT CLAIMS

On this day, Plaintiff Bytemark, Inc. ("Plaintiff") and Defendants Xerox Corp., ACS Transport Solutions, Inc., Xerox Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp. (collectively, "Defendants") through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss Counts One and Two in Plaintiffs' Second Amended Complaint (Dkt. No. 73) without prejudice. Defendants further stipulate that they will not assert a defense of laches, estoppel, or waiver that is based on this dismissal if Plaintiff later makes a claim of patent infringement based on U.S Patent No. 8,494,967 or U.S. Patent No. 9,239,993 (the "Patents") within one year of a decision of the Court of Appeals for the Federal Circuit sustaining the validity of the Patents. However, this stipulation does not prevent Defendants from raising a defense of laches, estoppel, or waiver based on facts separate and apart from the dismissal agreed to here.

Dated:  March 11, 2019

Respectfully submitted,

/s/ Dariush Keyhani
Dariush Keyhani (DK-9673)
Meredith & Keyhani, PLLC
125 Park Avenue, 25th Floor
New York, New York 10017
Tel:    (212) 760-0098
Fax:    (212) 202-3819
dkeyhani@meredithkeyhani.com
Attorneys for Plaintiff


/s/ Ashley N. Moore
Ashley N. Moore (admitted pro hac vice)
David Sochia (admitted pro hac vice)
Douglas A. Cawley (admitted pro hac vice)
Marcus L. Rabinowitz (admitted pro hac vice)
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel:    (214) 978-4000
Fax:    (214) 978-4044
amoore@mckoolsmith.com
dsochia@mckoolsmith.com
dcawley@mckoolsmith.com
mrabinowitz@mckoolsmith.com

David R. Dehoney (4616595)
McKool Smith, P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Tel:    (212) 402-9424
Fax:    (212) 402-9444
ddehoney@mckoolsmith.com
Attorneys for Defendants

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
March 15, 2019

2