UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYTEMARK INC.,

                Plaintiff,

     - against -

XEROX CORP. ET AL.,

                Defendants.

**ORDER**

17 Civ. 1803 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule will apply to Plaintiff's motion to amend the Complaint:

1. Plaintiff's motion is due on **April 17, 2020**;

2. Defendants' opposition is due on **May 15, 2020** ; and

3. Plaintiff's reply, if any, is due on **May 29, 2020**.

The Clerk of Court is directed to terminate Dkt. No. 98.

Dated: New York, New York
        March 17, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge