IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.,<br><br>    Defendants. | Case No. 1:17-cv-01803-PGG |

## NOTICE OF PLAINTIFF BYTEMARK INC.'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT

PLEASE TAKE NOTICE that, pursuant to the attached Memorandum of Law in Support of Plaintiff Bytemark Inc.'s Motion for Leave to Amend Its Complaint, and accompanying exhibits A-D, Bytemark, Inc. will move before the Honorable Paul G. Gardephe at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 705, 40 Foley Square, New York, NY 10007, at such time and place to be scheduled by this Court, for an Order granting Plaintiff leave to amend its complaint to include (1) infringement of U.S. Patent No. 10,360,567 and (2) infringement of U.S. Patent No. 10,346,764.

Dated: April 17, 2020

Respectfully submitted,

s/ Dariush Keyhani
Dariush Keyhani
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
Telephone: (202) 748-8950

                                                  Fax: (202) 318-8958
dkeyhani@keyhanillc.com
*Attorneys for Plaintiff*