UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYTEMARK, INC.,

                Plaintiff,

-against-

XEROX CORP.; ACS TRANSPORT SOLUTIONS, INC.; XEROX TRANSPORT SOLUTIONS, INC.; and CONDUENT, INC; NEW JERSEY TRANSIT CORP.,

                Defendants.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

17 Civ. 1803 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ☐ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| X | Specific Non-Dispositive Motion/Dispute:* <br> ___Dkt. No. 108_____ <br> If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: <br> _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br> Purpose: _____ |
| | | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| | Settlement* | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ☐ | Inquest After Default/ Damages Hearing | | Particular Motion: _____ <br> All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated: New York, New York
       December 11, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge