UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **BYTEMARK, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § § | **CIVIL ACTION NO. 1:17-cv-01803 (PGG)** |
| **XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.,** | § § § § § § § | **ECF CASE** |
| Defendants. | § § § § § | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 28, 2020, Defendants' Memorandum of Law in Support of Its Motion to Compel and Motion for Protective Order, and Exhibits A-F were served via e-mail on counsel of record at the following email addresses:

dkeyhani@keyhanillc.com
aengel@keyhanillc.com
fstephenson@keyhanillc.com

> */s/ Ashley N. Moore*
> Ashley N. Moore