## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC., <br><br> Plaintiff, <br><br> v. <br><br> XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP., <br><br> Defendants. | Case No. 1:17-cv-01803-PGG |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 4, 2021, Plaintiff's Response in Opposition to Defendants' Motion to Compel and Motion for Protective Order, Exhibits D-I, and Declaration of Anya Engel were served via e-mail on counsel of record at the following email addresses:

dcawley@mckoolsmith.com
ddehoney@mckoolsmith.com
amoore@mckoolsmith.com
mrabinowitz@mckoolsmith.com
dsochia@mckoolsmith.com

/s/ Anya Engel
Anya Engel