UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC., <br><br> Plaintiff, <br><br> v. <br><br> XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP., <br><br> Defendants. | CIVIL ACTION NO. 1:17-cv-01803 (PGG) <br> ECF CASE |

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendants' Memorandum of Law in Opposition to Bytemark's Motion to Compel Document Production, and Exhibits A-H were served via e-mail on counsel of record at the following email addresses:

dkeyhani@keyhanillc.com
aengel@keyhanillc.com
fstephenson@keyhanillc.com

                                                                  */s/ Ashley N. Moore*
                                                 Ashley N. Moore