UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BYTEMARK, INC.,** § § **Plaintiff,** § § v. § § **XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.,** § § § § § § § § **Defendants.** § § § § § | **CIVIL ACTION NO. 1:17-cv-01803 (PGG)** **ECF CASE** |

## NOTICE OF DEFENDANTS' MOTION TO COMPEL AND MOTION FOR PROTECTIVE ORDER

PLEASE TAKE NOTICE that, upon the Declaration of Ashley N. Moore, and the exhibits annexed thereto, the Memorandum of Law, dated December 28, 2020, Defendants Xerox Corp., ACS Transport Solutions, Inc., Xerox Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp. (collectively "Defendants"), hereby move this Court, before the Honorable Paul G. Gardephe at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 705, 40 Foley Square, New York, NY 10007, for an Order compelling Plaintiff Bytemark, Inc. ("Bytemark") to identify its trade secrets with reasonable particularity either via a trade secret disclosure or a response to Interrogatory No. 1. Until Bytemark makes this identification, Defendants also seek a Protective Order preventing Bytemark from pursuing the entirety of Defendants' confidential information in an attempt to tailor its trade secrets to fit what it finds there.

Defendants certify that they have used their best efforts to resolve informally the matters raised in their motion.

Dated: January 6, 2021

                    Respectfully submitted,

*/s/ Ashley N. Moore*
Ashley N. Moore (admitted *pro hac vice*)
David Sochia (admitted *pro hac vice*)
Douglas A. Cawley (admitted *pro hac vice*)
Marcus L. Rabinowitz (admitted *pro hac vice*)

**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel:   (214) 978-4000
Fax:   (214) 978-4044
amoore@mckoolsmith.com
dsochia@mckoolsmith.com
dcawley@mckoolsmith.com
mrabinowitz@mckoolsmith.com

David R. Dehoney (4616595)
**MCKOOL SMITH, P.C.**
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001
Tel:   (212) 402-9424
Fax:   (212) 402-9444
ddehoney@mckoolsmith.com

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 6, 2021. Any other known counsel of record will be served with a copy of this document by e-mail and/or facsimile transmission.

        By:    */s/ David R. Dehoney*
                 David R. Dehoney