# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:17-cv-01803 |
| | § | |
| XEROX CORP., ACS TRANSPORT, SOLUTIONS, INC., XEROX, TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP., | § § § § § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

**DEFENDANTS' FIRST SET OF INTERROGATORIES (COUNTS 3-8)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants Xerox Corp., ACS Transport Solutions, Inc., Xerox Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp ("Defendants") request that Plaintiff Bytemark, Inc. ("Plaintiff") answer the following interrogatories fully under oath within thirty (30) days of service hereof, at the offices of Fishman, Stewart PLLC, 39533 Woodward Avenue, Suite 140, Bloomfield Hills, MI 48304.

## INTERROGATORIES

## (Counts 3 through 8)

**INTERROGATORY NO. 1**: Specify with particularity each and every alleged trade secret that Bytemark claims that Defendants misappropriated by separately explaining in detail the following information for each alleged trade secret: (a) the substantive content of the formula, pattern, compilation, program device, technique or process or any other information alleged to be a trade secret; (b) the means by which the alleged trade secret derives independent economic value from not being generally known; (c) any and all efforts taken by Bytemark to maintain the confidentiality of the trade secret; (d) the Bates Numbers of all documents relating to the contention that the alleged trade secret is, in fact a trade secret; and (e) the persons most knowledgeable about such trade secret.

**INTERROGATORY NO. 2**: Separately for each trade secret identified in Interrogatory no. 1, identify any and all facts and/or communications relevant to Plaintiff's contention that Defendants misappropriated such trade secret, including when and by whom it was misappropriated and the location and date it was misappropriated, including identifying by Bates Number all documents relating to such misappropriation and the persons most knowledgeable about such misappropriation who are or were affiliated with Bytemark as an owner, manager, employee, independent contractor, or past and/or current Bytemark customers.

**INTERROGATORY NO. 3:** Specify in detail Bytemark's complete basis that Defendants owed a confidentiality obligation to Bytemark, including the nature and extent of the

**INTERROGATORY NO. 19:** Specify with particularity any and all RFPs or other bidding proposals Bytemark has submitted that involve its trade secrets that Bytemark alleges gave it "a critical market advantage in attracting new contracts" in paragraphs 23, 91 and 105 of its Second Amended Complaint, and specify with particularity whether Bytemark was in fact awarded those contracts.

**INTERROGATORY NO. 20:** For each of the above Interrogatories, specify with particularity by Interrogatory number the person or persons within Plaintiff's employ who are believed to be the most knowledgeable with respect to the subject matter of each Interrogatory, and all of the documents known to Plaintiff that relate to the subject.

Dated: October 23, 2018

Respectfully submitted,
*/s/Douglas P. LaLone*
Douglas P. Lalone, Esq.
Michael T. Fluhler, Esq.
Thomas E. Donohue, Esq.
Christopher W. Wen, Esq.
Fishman Stewart PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Tel.: (248) 594-0600
Fax: (248) 594-0610
dlalone@fishstewip.com
mfluhler@fishstewip.com
tdonohue@fishstewip.com
cwen@fishstewip.com

| | |
|---|---|
| */s/David Dehoney*<br>David Dehoney<br>McKool Smith<br>One Bryant Park<br>47th Flr<br>New York, NY 10036<br>Tel: (212) 402-9424<br>Fax: (212) 402-9444<br>ddehoney@mckoolsmith.com | */s/David Sochia*<br>David Sochia<br>McKool Smith<br>300 Crescent Court<br>Suite 1500<br>Dallas, Texas 75201<br>Tel: (214) 978-4245<br>Fax: (214) 978-9444<br>dsochia@mckoolsmith.com<br>Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

This is to certify that the following counsel of record are being served with a copy of this document via email on this the 23rd day of October, 2018.

DARIUSH KEYHANI
MEREDITH & KEYANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
Email: dkeyhani@meredithkeyhani.com

By: /s/ Gayna Lee Mellema
Gayna Lee Mellema