IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.,<br><br>    Defendants. | Case No. 1:17-cv-01803-PGG |

## NOTICE OF PLAINTIFF BYTEMARK INC.'S MOTION TO COMPEL DOCUMENT PRODUCTION

    PLEASE TAKE NOTICE that, pursuant to the attached Memorandum of Law in Support of Plaintiff Bytemark Inc.'s Motion to Compel Document Production, and accompanying exhibits A-G, Bytemark, Inc. will move before the Honorable Paul G. Gardephe at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 705, 40 Foley Square, New York, NY 10007, at such time and place to be scheduled by this Court, for an Order compelling Defendants Xerox Corp., ACS Transport Solutions, Inc., Xerox Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corporation to produce documents and information responsive to Plaintiff's First and Second Sets of Requests for Production, including request numbers 38-40 and 60-62.

Dated: December 28, 2020

                                                  Respectfully submitted,

                                                  s/ Dariush Keyhani
                                                  Dariush Keyhani
                                                  Keyhani LLC
                                                  1050 30th Street NW
                                                  Washington, DC 20007

Telephone: (202) 748-8950
Fax: (202) 318-8958
dkeyhani@keyhanillc.com
*Attorneys for Plaintiff*