## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and<br>NEW JERSEY TRANSIT CORP.,<br><br>    Defendants. | Case No. 1:17-cv-01803-PGG |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 6, 2021, Plaintiff's Reply in Support of Its Motion to Compel Document Production was served via ECF on counsel of record at the following email addresses:

dcawley@mckoolsmith.com
ddehoney@mckoolsmith.com
amoore@mckoolsmith.com
jpowers@mckoolsmith.com
mrabinowitz@mckoolsmith.com
dsochia@mckoolsmith.com

                              /s/ Anya Engel
                              Anya Engel