## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and<br>NEW JERSEY TRANSIT CORP.,<br><br>    Defendants. | Case No. 1:17-cv-01803-PGG-KNF |

### **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 27, 2021, Plaintiff Bytemark Inc.'s Objections to the January 13, 2021 Order (Dkt. #129) of the United States Magistrate Judge and Declaration of Dariush Keyhani were served via ECF on counsel of record at the following email addresses:

dcawley@mckoolsmith.com
ddehoney@mckoolsmith.com
amoore@mckoolsmith.com
jpowers@mckoolsmith.com
mrabinowitz@mckoolsmith.com
dsochia@mckoolsmith.com

                                                /s/ Anya Engel
                                                Anya Engel