UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC., <br><br> Plaintiff, <br><br> v. <br><br> XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 1:17-cv-01803 (PGG) <br> ECF CASE |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE JANUARY 13 2021 ORDER (DKT. #129) OF THE UNITED STATES MAGISTRATE JUDGE**

Defendants Xerox Corp., ACS Transport Solutions, Inc., Xerox Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp. (collectively "Defendants") do not oppose Plaintiff Bytemark's Objections to the January 13, 2021 Order (Dkt. No. 129) of the United States Magistrate Judge ("Bytemark's Objections," Dkt. No. 133), which mirror Defendants' Objections to the January 13, 2021 Order (Dkt. No. 129) of the United States Magistrate Judge ("Defendants' Objections," Dkt. No. 134). Defendants agree with Bytemark regarding the facts underlying the Magistrate Judge's order and with the law cited in Bytemark's Objections.

In an effort to minimize costs, reduce papers, and ensure that the substance of the parties' discovery dispute is addressed, the parties conferred in preparation for these response briefs. Defendants understand Bytemark intends to briefly address certain points made in Defendants' Objections—points which Bytemark describes as "mischaracterizations."

1

Defendants' stand by the statements made in Defendants' Objections and respectfully request that the Court refer to the parties' briefing to understand the full scope of the discovery dispute. *See* Dkt. Nos. 116[1], 124[2], 127-1[3], 120[4], 122[5], and 121[6].

Accordingly, if the Court deems it appropriate to set aside the Magistrate's order, it should be set aside for both parties' motions such that they can be decided on the merits. *See* Dkt. No. 134.

---

[1] Defendants' Motion to Compel and Motion for Protective Order.

[2] Plaintiff's Opposition to Defendants' Motion to Compel and Motion for Protective Order.

[3] Defendants' Reply in Support of Motion to Compel and Motion for Protective Order.

[4] Plaintiff's Motion to Compel.

[5] Defendants' Opposition to Plaintiff's Motion to Compel.

[6] Plaintiff's Reply in Support of Motion to Compel.

Dated:  February 10, 2021

        Respectfully submitted,

        <u>/s/ Ashley N. Moore</u>
        Ashley N. Moore (admitted *pro hac vice*)
        David Sochia (admitted *pro hac vice*)
        Douglas A. Cawley (admitted *pro hac vice*)
        Marcus L. Rabinowitz (admitted *pro hac vice*)

        McKool Smith, P.C.
        300 Crescent Court, Suite 1500
        Dallas, Texas 75201
        Tel:	(214) 978-4000
        Fax:	(214) 978-4044
        amoore@mckoolsmith.com
        dsochia@mckoolsmith.com
        dcawley@mckoolsmith.com
        mrabinowitz@mckoolsmith.com

        David R. Dehoney (4616595)
        McKool Smith, P.C.
        One Manhattan West
        395 9th Avenue, 50th Floor
        New York, New York 10001
        Tel:	(212) 402-9424
        Fax:	(212) 402-9444
        ddehoney@mckoolsmith.com

        ***Attorneys for Defendants***