# EXHIBIT B

| 13/901,243 | Method and System for Distributing Electronic Tickets with Visual Display | BM___7 | 05-20-2021::12:12:33 |

**This application is officially maintained in electronic form. To View: Click the desired Document Description. To Download and Print: Check the desired document(s) and click Start Download.**

## Available Documents

| Mail Room Date | Document Code | Document Description | Document Category | Page Count |
|---|---|---|---|---|
| 04-23-2021 | MF.AD.PAIR | Maintenance Fee Address Change for PAIR | PROSECUTION | 1 |
| 04-23-2021 | C.AD.PAIR | Change of Address via PAIR | PROSECUTION | 1 |
| 04-08-2021 | SOL.NTC.SUIT | Report on the filing or determination of an action regarding a patent | PROSECUTION | 2 |
| 12-11-2020 | SOL.NTC.SUIT | Report on the filing or determination of an action regarding a patent | PROSECUTION | 1 |
| 06-08-2020 | SOL.NTC.SUIT | Report on the filing or determination of an action regarding a patent | PROSECUTION | 2 |
| 02-19-2020 | SOL.NTC.SUIT | Report on the filing or determination of an action regarding a patent | PROSECUTION | 1 |
| 03-30-2019 | C.AD.PAIR | Change of Address via PAIR | PROSECUTION | 1 |
| 03-30-2019 | C.AD.PAIR | Change of Address via PAIR | PROSECUTION | 1 |
| 09-04-2018 | SOL.NTC.SUIT | Report on the filing or determination of an action regarding a patent | PROSECUTION | 1 |
| 08-30-2018 | SOL.NTC.SUIT | Report on the filing or determination of an action regarding a patent | PROSECUTION | 1 |
| 08-06-2018 | SOL.NTC.SUIT | Report on the filing or determination of an action regarding a patent | PROSECUTION | 1 |
| 07-12-2018 | TRIAL.REQ.D | Request for Trial Denied | PROSECUTION | 21 |
| 08-04-2017 | OATH | Oath or Declaration filed | PROSECUTION | 12 |
| 05-23-2017 | SOL.NTC.SUIT | Report on the filing or determination of an action regarding a patent | PROSECUTION | 1 |
| 07-07-2016 | SOL.NTC.SUIT | Report on the filing or determination of an action regarding a patent | PROSECUTION | 1 |
| 12-29-2015 | ISSUE.NTF | Issue Notification | PROSECUTION | 1 |
| 12-09-2015 | IFEE | Issue Fee Payment (PTO-85B) | PROSECUTION | 1 |
| 12-09-2015 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 2 |
| 12-09-2015 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 2 |
| 09-09-2015 | NOA | Notice of Allowance and Fees Due (PTOL-85) | PROSECUTION | 17 |
| 09-09-2015 | 892 | List of references cited by examiner | PROSECUTION | 1 |
| 09-09-2015 | SRFW | Search information including classification, databases and other search related notes | PROSECUTION | 1 |
| 09-09-2015 | SRNT | Examiner's search strategy and results | PROSECUTION | 2 |
| 09-09-2015 | IIFW | Issue Information including classification, examiner, name, claim, renumbering, etc. | PROSECUTION | 3 |
| 09-02-2015 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 1 |
| 07-23-2015 | CTAV | Advisory Action (PTOL-303) | PROSECUTION | 2 |
| 07-23-2015 | ANE.I | Amendment After Final or under 37CFR 1.312, initialed by the examiner | PROSECUTION | 1 |
| 07-23-2015 | RCEX | Request for Continued Examination (RCE) | PROSECUTION | 3 |
| 07-23-2015 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 2 |
| 07-23-2015 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 2 |
| 07-23-2015 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 2 |
| 07-23-2015 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 2 |
| 07-23-2015 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 2 |
| 07-23-2015 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 2 |
| 07-23-2015 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 1 |
| 07-14-2015 | AMSB | Amendment Submitted/Entered with Filing of CPA/RCE | PROSECUTION | 1 |
| 07-14-2015 | CLM | Claims | PROSECUTION | 4 |
| 07-14-2015 | REM | Applicant Arguments/Remarks Made in an Amendment | PROSECUTION | 2 |

| | | | | |
|---|---|---|---|---|
| 07-14-2015 | EMAIL | Email Correspondence | PROSECUTION | 1 |
| 07-14-2015 | A.NE.AFCP | After Final Consideration Program Request | PROSECUTION | 2 |
| 07-14-2015 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 2 |
| 07-14-2015 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 1 |
| 07-13-2015 | INTV.SUM.APP | Applicant Initiated Interview Summary (PTOL-413) | PROSECUTION | 3 |
| 07-13-2015 | OA.APPENDIX | Office Action Appendix | PROSECUTION | 1 |
| 05-27-2015 | CTFR | Final Rejection | PROSECUTION | 28 |
| 05-27-2015 | 892 | List of references cited by examiner | PROSECUTION | 2 |
| 05-27-2015 | FOR | Foreign Reference | PROSECUTION | 13 |
| 05-27-2015 | NPL | Non Patent Literature | PROSECUTION | 2 |
| 05-27-2015 | 1449 | List of References cited by applicant and considered by examiner | PROSECUTION | 4 |
| 05-27-2015 | 1449 | List of References cited by applicant and considered by examiner | PROSECUTION | 6 |
| 05-27-2015 | SRNT | Examiner's search strategy and results | PROSECUTION | 1 |
| 05-27-2015 | SRFW | Search information including classification, databases and other search related notes | PROSECUTION | 1 |
| 05-27-2015 | NPL | Non Patent Literature | PROSECUTION | 11 |
| 04-06-2015 | IDS | Information Disclosure Statement (IDS) Form (SB08) | PROSECUTION | 6 |
| 04-06-2015 | FOR | Foreign Reference | PROSECUTION | 10 |
| 04-06-2015 | FOR | Foreign Reference | PROSECUTION | 27 |
| 04-06-2015 | FOR | Foreign Reference | PROSECUTION | 43 |
| 04-06-2015 | FOR | Foreign Reference | PROSECUTION | 35 |
| 04-06-2015 | FOR | Foreign Reference | PROSECUTION | 19 |
| 04-06-2015 | FOR | Foreign Reference | PROSECUTION | 31 |
| 04-06-2015 | FOR | Foreign Reference | PROSECUTION | 5 |
| 04-06-2015 | NPL | Non Patent Literature | PROSECUTION | 6 |
| 04-06-2015 | NPL | Non Patent Literature | PROSECUTION | 3 |
| 04-06-2015 | NPL | Non Patent Literature | PROSECUTION | 3 |
| 04-06-2015 | NPL | Non Patent Literature | PROSECUTION | 3 |
| 04-06-2015 | NPL | Non Patent Literature | PROSECUTION | 2 |
| 04-06-2015 | NPL | Non Patent Literature | PROSECUTION | 2 |
| 04-06-2015 | NPL | Non Patent Literature | PROSECUTION | 7 |
| 04-06-2015 | NPL | Non Patent Literature | PROSECUTION | 2 |
| 04-06-2015 | NPL | Non Patent Literature | PROSECUTION | 1 |
| 04-06-2015 | NPL | Non Patent Literature | PROSECUTION | 1 |
| 04-06-2015 | NPL | Non Patent Literature | PROSECUTION | 2 |
| 04-06-2015 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 2 |
| 04-06-2015 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 4 |
| 03-27-2015 | A... | Amendment/Req. Reconsideration-After Non-Final Reject | PROSECUTION | 1 |
| 03-27-2015 | CLM | Claims | PROSECUTION | 4 |
| 03-27-2015 | REM | Applicant Arguments/Remarks Made in an Amendment | PROSECUTION | 6 |
| 03-27-2015 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 2 |
| 03-27-2015 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 2 |
| 03-27-2015 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 1 |
| 02-23-2015 | N570 | Communication - Re: Power of Attorney (PTOL-308) | PROSECUTION | 1 |
| 02-23-2015 | N570 | Communication - Re: Power of Attorney (PTOL-308) | PROSECUTION | 1 |
| 02-12-2015 | PA.. | Power of Attorney | PROSECUTION | 1 |
| 02-12-2015 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 2 |
| 02-12-2015 | R3.73 | Assignee showing of ownership per 37 CFR 3.73 | PROSECUTION | 2 |
| 01-20-2015 | IDS | Information Disclosure Statement (IDS) Form (SB08) | PROSECUTION | 4 |

| | | | | |
|---|---|---|---|---|
| 01-20-2015 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 2 |
| 01-20-2015 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 2 |
| 10-29-2014 | CTNF | Non-Final Rejection | PROSECUTION | 24 |
| 10-29-2014 | 892 | List of references cited by examiner | PROSECUTION | 4 |
| 10-29-2014 | SRNT | Examiner's search strategy and results | PROSECUTION | 7 |
| 10-29-2014 | 1449 | List of References cited by applicant and considered by examiner | PROSECUTION | 4 |
| 10-29-2014 | NPL | Non Patent Literature | PROSECUTION | 2 |
| 10-29-2014 | SRNT | Examiner's search strategy and results | PROSECUTION | 3 |
| 10-29-2014 | NPL | Non Patent Literature | PROSECUTION | 3 |
| 10-29-2014 | BIB | Bibliographic Data Sheet | PROSECUTION | 1 |
| 10-29-2014 | NPL | Non Patent Literature | PROSECUTION | 3 |
| 10-29-2014 | NPL | Non Patent Literature | PROSECUTION | 2 |
| 10-29-2014 | FWCLM | Index of Claims | PROSECUTION | 1 |
| 10-29-2014 | SRFW | Search information including classification, databases and other search related notes | PROSECUTION | 1 |
| 10-29-2014 | NPL | Non Patent Literature | PROSECUTION | 3 |
| 05-09-2014 | APP.FILE.REC | Filing Receipt | PROSECUTION | 3 |
| 05-09-2014 | N570 | Communication - Re: Power of Attorney (PTOL-308) | PROSECUTION | 1 |
| 05-06-2014 | APP.FILE.REC | Filing Receipt | PROSECUTION | 3 |
| 05-06-2014 | PA.. | Power of Attorney | PROSECUTION | 2 |
| 05-06-2014 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 2 |
| 05-06-2014 | ADS | Application Data Sheet | PROSECUTION | 7 |
| 05-02-2014 | R48.REQ | Request under Rule 48 correcting inventorship | PROSECUTION | 3 |
| 05-02-2014 | ADS | Application Data Sheet | PROSECUTION | 7 |
| 05-02-2014 | OATH | Oath or Declaration filed | PROSECUTION | 10 |
| 05-02-2014 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 2 |
| 05-02-2014 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 3 |
| 05-02-2014 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 1 |
| 05-02-2014 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 1 |
| 03-06-2014 | N572 | Response - Re: Informal Power of Attorney (PTOL-308) | PROSECUTION | 1 |
| 02-27-2014 | PA.. | Power of Attorney | PROSECUTION | 2 |
| 02-27-2014 | ADS | Application Data Sheet | PROSECUTION | 8 |
| 02-27-2014 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 2 |
| 02-26-2014 | PEFN | Pre-Exam Formalities Notice | PROSECUTION | 1 |
| 02-26-2014 | N572 | Response - Re: Informal Power of Attorney (PTOL-308) | PROSECUTION | 1 |
| 02-26-2014 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 1 |
| 02-26-2014 | M327 | Miscellaneous Communication to Applicant - No Action Count | PROSECUTION | 1 |
| 02-26-2014 | APP.FILE.REC | Filing Receipt | PROSECUTION | 3 |
| 02-26-2014 | PD.AUTH.NTC | Notice that authorization for participating IP Offices to access US application was improper | PROSECUTION | 1 |
| 01-02-2014 | IDS | Information Disclosure Statement (IDS) Form (SB08) | PROSECUTION | 4 |
| 01-02-2014 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 2 |
| 10-28-2013 | PA.. | Power of Attorney | PROSECUTION | 2 |
| 10-28-2013 | PA.. | Power of Attorney | PROSECUTION | 2 |
| 10-28-2013 | PA.. | Power of Attorney | PROSECUTION | 2 |
| 10-28-2013 | ADS | Application Data Sheet | PROSECUTION | 8 |
| 10-28-2013 | OATH | Oath or Declaration filed | PROSECUTION | 10 |
| 10-28-2013 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 2 |
| 10-28-2013 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 3 |
| 10-28-2013 | PEFR | Applicant Response to Pre-Exam Formalities Notice | PROSECUTION | 2 |
| 10-28-2013 | PA.. | Power of Attorney | PROSECUTION | 2 |

| 10-28-2013 | PA.. | Power of Attorney | PROSECUTION | 3 |
|---|---|---|---|---|
| 10-03-2013 | NTC.PUB | Notice of Publication | PROSECUTION | 1 |
| 06-27-2013 | NTC.MISS.PRT | Notice to File Missing Parts | PROSECUTION | 2 |
| 06-27-2013 | APP.FILE.REC | Filing Receipt | PROSECUTION | 3 |
| 06-27-2013 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 1 |
| 05-23-2013 | SCORE | Placeholder sheet indicating presence of supplemental content in SCORE | PROSECUTION | 1 |
| 05-23-2013 | SPEC | Specification | PROSECUTION | 30 |
| 05-23-2013 | CLM | Claims | PROSECUTION | 5 |
| 05-23-2013 | ABST | Abstract | PROSECUTION | 1 |
| 05-23-2013 | DRW.NONBW | Drawings-other than black and white line drawings | PROSECUTION | 16 |
| 05-23-2013 | ADS | Application Data Sheet | PROSECUTION | 8 |
| 05-23-2013 | WFEE | Fee Worksheet (SB06) | PROSECUTION | 2 |
| 05-23-2013 | N417 | EFS Acknowledgment Receipt | PROSECUTION | 3 |

**Close Window**