UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYTEMARK, INC.,

                Plaintiff,

-against-

XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.

                Defendants.

**ORDER**

17 Civ. 1803 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this action previously scheduled for Thursday, January 20, 2022 is adjourned to **Friday, January 21, 2022 at 11:15 a.m.**

      By Wednesday, January 19, 2022, the Court directs the parties to file (1) Plaintiff's Third Set of Requests for Production and Defendants' related Responses and Objections, both of which are referenced in Docket Entry 146; (2) a joint letter describing the status of discovery; and (3) a jointly proposed revised Case Management Plan.

Dated: New York, New York
       January 18, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge