**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Bytemark, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 17 Civ. 1803 (PGG) |
| | § | |
| Xerox Corp., et al., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' PROPOSED SCHEDULE**

| | |
|---|---|
| 1 month after stay is lifted or denied | Plaintiff serves "Disclosure of Asserted Claims and Infringement Contentions" (Defendants' Proposed CMP ¶ 16) |
| 2 months after stay is lifted or denied | Defendants serve "Invalidity Contentions" (Defendants' Proposed CMP ¶ 17) |
| 2 months after stay is lifted or denied | Plaintiff serves "Disclosure of Misappropriated Trade Secrets" (Defendants' Proposed CMP ¶ 19) |
| 7 months after the stay is lifted or denied | Parties serve Requests for Admissions (Defendants' Proposed CMP ¶ 7(d)) |
| 8 months after the stay is lifted or denied | Parties complete depositions of fact witnesses (Defendants' Proposed CMP ¶ 7(c)) and complete fact discovery (Defendants' Proposed CMP ¶ 6) |
| 8 months plus 7 days after the stay is lifted or denied | Parties serve opening expert reports (Defendants' Proposed CMP ¶ 8(a)) |
| 8 months plus 21 days after the stay is lifted or denied | Parties serve rebuttal expert reports (Defendants' Proposed CMP ¶ 8(a)) |
| 9 months after the stay is lifted or denied | Parties complete expert discovery (Defendants' Proposed CMP ¶ 8) |
| 9 months plus 7 days after the stay is lifted or denied | Parties submit letters to the Court regarding post-discovery dispositive motions (Defendants' Proposed CMP ¶ 10) |

| | |
|---|---|
| 9 months plus 10 days after the stay is lifted or denied | Parties submit opposition letters to any letters regarding post-discovery dispositive motions (Defendants' Proposed CMP ¶ 10) |