UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BYTEMARK, INC.,

                                  Plaintiff,

-against-

XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.,

                                  Defendants.

**ORDER**

17 Civ. 1803 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to Plaintiff's motion to dismiss and strike:

1. Motion papers are due on **February 14, 2022**;

2. Opposition papers are due on **February 28, 2022**; and

3. Reply briefs, if any, are due on **March 7, 2022**.

The Clerk of Court is directed to terminate the motion at Docket Entry 141.

Dated: New York, New York
           January 31, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge