IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.,<br><br>   Defendants. | Civil Action No. 1:17-cv-01803-PGG-JW<br><br>JURY TRIAL DEMANDED |

**NOTICE OF PLAINTIFF BYTEMARK INC.'S MOTION TO DISMISS DEFENDANTS' COUNTER CLAIM V AND STRIKE DEFENDANTS' TWELFTH AFFIRMATIVE <u>DEFENSE</u>**

     PLEASE TAKE NOTICE that, pursuant to the attached Memorandum of Law in Support of Plaintiff Bytemark Inc.'s Motion to Dismiss Defendants' Counter Claim V and Strike Defendants' Twelfth Affirmative Defense, Bytemark, Inc. will move before the Honorable Paul G. Gardephe at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 705, 40 Foley Square, New York, NY 10007, at such time and place to be scheduled by this Court, for an Order (1) dismissing Defendants' Counter Claim V ("Unenforceability of the '567 and '764 Patents") and (2) striking Defendants' Twelfth Affirmative Defense ("Unenforceability of the Patents in Suit").

| | |
|---|---|
| Dated: February 14, 2022 | Respectfully submitted,<br><br>s/ Dariush Keyhani<br>Dariush Keyhani<br>Keyhani LLC<br>1050 30th Street NW<br>Washington, DC 20007 |

1

Telephone: (202) 748-8950
Fax: (202) 318-8958
dkeyhani@keyhanillc.com
*Attorneys for Plaintiff*