IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC., <br><br> Plaintiff, <br><br> v. <br><br> XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP., <br><br> Defendants. | Civil Action No. 1:17-cv-01803-PGG-JW <br><br> JURY TRIAL DEMANDED |

## **DECLARATION OF FRANCES H. STEPHENSON**

I, Frances H. Stephenson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over twenty-one years of age and have personal knowledge of the following facts or access to information and/or records allowing me to confirm these facts.

2. I am a member of the law firm of Keyhani LLC and represent Plaintiff Bytemark, Inc. ("Plaintiff" or "Bytemark").

3. I submit this declaration in support of Plaintiffs' Reply in Support of Its Motion to Dismiss Defendants' Counter Claim V and Strike Defendants' Twelfth Affirmative Defense.

4. Attached hereto as Exhibit A is a printout of the civil docket for *Bytemark, Inc. v. Masabi Ltd.*, No. 2:16-cv-00543-JRG-RSP (E.D. Tex.), available on PACER at https://ecf.txed.uscourts.gov/cgi-bin/DktRpt.pl?14629290088961-L_1_0-1, and printed on March 3, 2022.

1

5. Attached hereto as Exhibit B is a true and correct copy of Notice of Filing of Patent/Trademark Form (AO 120), *Bytemark, Inc. v. Masabi Ltd.*, No. 2:16-cv-00543-JRG-RSP (E.D. Tex.), Dkt. #151 ("Dkt. #151").

6. Attached hereto as Exhibit C is a true and correct copy of an ECF notice of electronic filing of Dkt. #151 entered on 2/7/2019 at 4:58 PM CST. This notice was emailed to, and received by, counsel for Bytemark on February 7, 2019.

7. Attached hereto as Exhibit D is a true and correct copy of the Information Disclosure Statement of Applicant for the '157 Patent application.

8. Attached hereto as Exhibit E is a true and correct copy of a portion of Masabi's invalidity contentions charts for the '967 Patent, submitted by Defendant Xerox as Exhibit 1015 in *Xerox Corp. v. Bytemark, Inc.*, CBM2018-00011 (PTAB 2018).

9. Attached hereto as Exhibit F is a true and correct copy of an invalidity contention chart for the '967 Patent, submitted by Defendant Xerox as Exhibit 1016 in *Xerox Corp. v. Bytemark, Inc.*, CBM2018-00011 (PTAB 2018).

10. Attached hereto as Exhibit G is a true and correct copy of an invalidity contention chart for the '967 Patent, submitted by Defendant Xerox as Exhibit 1017 in *Xerox Corp. v. Bytemark, Inc.*, CBM2018-00011 (PTAB 2018).

11. Attached hereto as Exhibit H is a true and correct copy of an invalidity contention chart for the '967 Patent, submitted by Defendant Xerox as Exhibit 1018 in *Xerox Corp. v. Bytemark, Inc.*, CBM2018-00011 (PTAB 2018).

12. Attached hereto as Exhibit I is a true and correct copy of an invalidity contention chart for the '993 Patent, submitted by Defendant Xerox as Exhibit 1011 in *Xerox Corp. v. Bytemark, Inc.*, CBM2018-00018 (PTAB 2018).

13.     Attached hereto as Exhibit J is a true and correct copy of the Information Disclosure Statement of Applicant for the '622 Patent application.

14.     Attached hereto as Exhibit K is a true and correct copy of excerpts from U.S. Patent No. 10,346,764.

15.     Attached hereto as Exhibit L is a true and correct copy of excerpts from U.S. Patent No. 10,360,567.

16.     Attached hereto as Exhibit M is a true and correct copy of excerpts of expert declarations of Dr. Sigurd Meldal in connection with *Xerox Corp. v. Bytemark, Inc.*, CBM2018-00011 and CBM2018-00018 (PTAB 2018), which were submitted on January 10 and 12, 2018 and service emails of Dr. Meldal's expert declarations in connection with the *Masabi* case dated August 16, 2017.

Executed on: March 7, 2022                             /s/ Frances H. Stephenson