# EXHIBIT A

R  Alerts not yet Supported for this Docket

CASREF,JRG2,JURY,PATENT/TRADEMARK,PROTECTIVE-ORDER,STAYED

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Marshall)
### CIVIL DOCKET FOR CASE #: 2:16-cv-00543-JRG-RSP

| | |
|---|---|
| Bytemark, Inc. v. Masabi Ltd. | Date Filed: 05/20/2016 |
| Assigned to: Judge Rodney Gilstrap | Date Terminated: 02/07/2019 |
| Referred to: Magistrate Judge Roy S. Payne | Jury Demand: Both |
| Case in other court: Federal, 19-01628 | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Mediator**

**Jeff Kaplan**
JAMS Inc
8401 N Central Expressway Suite 610
Dallas, TX 75225
*Vacated per order # 21*
*TERMINATED: 09/07/2016*

**Mediator**

**William Joseph Cornelius**
Wilson Robertson & Cornelius PC
909 ESE Loop 323
Suite 400
P.O. Box 7339
Tyler, TX 75711-7339
903-509-5004
*wc@wilsonlawfirm.com*

**Technical Advisor**

**Richard David Egan**
Egan Peterman Enders & Huston, LLP
1101 South Capital of Texas Highway
Building C, Suite
Austin, TX 78746
512-347-1611
*regan@ipaustin.com*

**Plaintiff**

**Bytemark, Inc.**          represented by  **Dariush Keyhani**
                                            Keyhani LLC
                                            1050 30th Street NW
                                            Washington, DC 20007
                                            202-903-0326
                                            Fax: 202-318-8958
                                            Email: dkeyhani@keyhanillc.com
                                            *LEAD ATTORNEY*
                                            *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| 02/07/2019 | 150 | JUDGMENT. Ordered that Masabi Ltd's Motoin for summary judgment of invalidity of US Patent Nos 8,494,967 and 9,239,993 (Dkt No 113) is granted under 35 USC 101 and this action is dismissed with prejudice. Signed by District Judge Rodney Gilstrap on 2/7/2019. (bjc, ) (Entered: 02/07/2019) |
| 02/07/2019 | 151 | Notice of Filing of Patent/Trademark Form (AO 120) at termination of case. AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (bjc, ) (Entered: 02/07/2019) |
| 03/06/2019 | 152 | NOTICE OF APPEAL - FEDERAL CIRCUIT as to 150 Judgment, by Bytemark, Inc.. Filing fee $ 505, receipt number 0540-7167848. (Tindel, Andy) (Entered: 03/06/2019) |
| 03/06/2019 | | Transmission of Notice of Appeal, Judgment and Certified Docket Sheet to US Court of Appeals, Federal Circuit by separate email. re 152 Notice of Appeal - FEDERAL CIRCUIT (nkl, ) (Entered: 03/06/2019) |
| 03/06/2019 | 153 | ACKNOWLEDGMENT OF RECEIPT as to 150 Judgment, 152 Notice of Appeal - FEDERAL CIRCUIT and certified copy of docket sheet. (nkl, ) (Entered: 03/06/2019) |
| 03/07/2019 | 154 | NOTICE of Docketing Notice of Appeal from USCA Federal Circuit re 152 Notice of Appeal - FEDERAL CIRCUIT filed by Bytemark, Inc.. USCA - Federal Circuit Case Number 19-1628 (ch, ) (Entered: 03/07/2019) |
| 03/15/2019 | 155 | ORDER of USCA as to 152 Notice of Appeal - FEDERAL CIRCUIT filed by Bytemark, Inc. IT IS ORDERED THAT: Appeal Nos. 2019-1442 and 2019-1628 shall be considered companion cases and assigned to the same merits panel (klc, ) (Entered: 03/18/2019) |
| 02/10/2020 | 156 | USCA FEDERAL CIRCUIT - JUDGMENT as to 152 Notice of Appeal - FEDERAL CIRCUIT filed by Bytemark, Inc. Mandate to issue in due course (USCA FEDERAL CIRCUIT - 19-1628) (ch, ) (Entered: 02/10/2020) |
| 03/18/2020 | 157 | MANDATE of USCA - FEDERAL CIRCUIT - Mandate issued to the United States District Court for the Eastern District of Texas as to 152 Notice of Appeal - FEDERAL CIRCUIT - 19-1628) filed by Bytemark, Inc. (ch, ) (Entered: 03/18/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/03/2022 16:37:30 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-00543-JRG-RSP |
| **Billable Pages:** | 13 | **Cost:** | 1.30 |