# EXHIBIT C

## Andy Tindel

| | |
|---|---|
| **From:** | txedCM@txed.uscourts.gov |
| **Sent:** | Thursday, February 7, 2019 4:58 PM |
| **To:** | txedcmcc@txed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-00543-JRG-RSP Bytemark, Inc. v. Masabi Ltd. Notice of Filing of Patent/Trademark Form (AO 120) |
| **Categories:** | 1SPointStored |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of TEXAS [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 2/7/2019 at 4:58 PM CST and filed on 2/7/2019
**Case Name:**      Bytemark, Inc. v. Masabi Ltd.
**Case Number:**   2:16-cv-00543-JRG-RSP
**Filer:**
**WARNING: CASE CLOSED on 02/07/2019**
**Document Number:** 151

**Docket Text:**
**Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (bjc, )**


**2:16-cv-00543-JRG-RSP Notice has been electronically mailed to:**

Andy Tindel   atindel@andytindel.com, speterson@andytindel.com

Katarzyna Brozynski   kbrozynski@spencerfane.com, adevora@spencerfane.com, kbrozy1@sbcglobal.net, kdykema@spencerfane.com

Dariush Keyhani   dkeyhani@meredithkeyhani.com

Antonio Salvador Devora   adevora@spencerfane.com, kbrozynski@spencerfane.com, kdykema@spencerfane.com

Thomas E Donohue   tdonohue@fishstewip.com, lconner@fishstewip.com

Douglas P LaLone dlalone@fishstewip.com, LitigationParalegals@fishstewip.com, gmellema@fishstewip.com, lconner@fishstewip.com, mfeather@fishstewip.com

Dwayne Dason Sam dsam@perkinscoie.com

**2:16-cv-00543-JRG-RSP Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=2/7/2019] [FileNumber=11761734-0
] [23568a10f010179971f26f46e168c046f70040978c4959ec7609df950f192406e35
1a383bed43c065def236115cb1d7eb0b6173b853b1e1c6c62512ef8cade6a]]