# EXHIBIT J

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | |
|---|---|---|
| Application Number | | 14286622 |
| Filing Date | | 2014-05-23 |
| First Named Inventor | | Bergdale |
| Art Unit | | 3621 |
| Examiner Name | | Brown |
| Attorney Docket  Number | | Bytemark-013 |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 8935802 | | 2015-01-13 | MATTSSON ULF | |
| | 2 | 5797330 | | 1998-08-25 | LI ZHENG ZHONG | |
| | 3 | 8912879 | | 2014-12-16 | FYKE STEVEN HENRY | |
| | 4 | 8584224 | | 2013-11-12 | PEI MINGLIANG | |
| | 5 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20130307990 | | 2013-11-21 | WILES BRIAN C | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.A.B/

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | Application Number | 14286622 | |
| | Filing Date | 2014-05-23 | |
| | First Named Inventor | Bergdale | |
| | Art Unit | 3621 | |
| | Examiner Name | Brown | |
| | Attorney Docket  Number | Bytemark-013 | |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 20160042631 | | 2016-02-11 | HO PATRICK | |
| 3 | 20150317841 | | 2015-11-05 | KARSCH BORIS | |
| 4 | 20100228563 | | 2010-09-09 | WALKER JR SAMUEL E | |
| 5 | 20050137889 | | 2005-06-23 | WHEELER DAVID M | |
| 6 | 20120245769 | | 2012-09-27 | CREISSELS DENIS | |
| 7 | 20010037174 | | 2001-11-01 | DICKERSON STEPHEN L | |
| 8 | 20160055605 | | 2016-02-25 | KIM NURI | |
| 9 | 2010308959 | | 2010-12-09 | SCHORN JOSEF | |
| 10 | 20050283444 | | 2005-12-22 | EKBERG JAN-ERIK | |
| 11 | 20120330697 | | 2012-12-27 | SMITH MICHAEL | |
| 12 | 20090222900 | | 2009-09-03 | BENALOH JOSH D | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.A.B/

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( **Not for submission under 37 CFR 1.99**)

| | |
|---|---|
| Application Number | 14286622 |
| Filing Date | 2014-05-23 |
| First Named Inventor | Bergdale |
| Art Unit | 3621 |
| Examiner Name | Brown |
| Attorney Docket Number | Bytemark-013 |

| | | | | | |
|---|---|---|---|---|---|
| | 13 | 20170372289 | 2017-12-28 | FITZSIMMONS MICHAEL | |
| | 14 | 20150213443 | 2015-07-30 | GEFFON MICHAEL H | |
| | 15 | 20050246634 | 2005-11-03 | ORTWEIN ANDREW | |
| | 16 | 20060206728 | 2006-09-14 | MASUDA TAKAHIRO | |
| | 17 | 20070283049 | 2007-12-06 | RAKOWSKI BRIAN D | |
| | 18 | | | | |
| | 19 | | | | |
| | 20 | | | | |
| | 21 | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

## FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.A.B/

| | | |
|---|---|---|
| | Application Number | 14286622 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | Filing Date | 2014-05-23 |
| | First Named Inventor | Bergdale |
| | Art Unit | 3621 |
| | Examiner Name | Brown |
| | Attorney Docket Number | Bytemark-013 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 2016105322 | WO | | 2016-06-30 | ECHOSTAR UKRAINE LLC | | ☐ |
| 2 | 2014189068 | WO | | 2014-11-27 | LEONIS & CO INC | | ☐ |
| 3 | 94931 | RU | | 2010-06-10 | Общество с ограниченной ответственностью Научно Пр | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

### EXAMINER SIGNATURE

| Examiner Signature | /LUIS A BROWN/ | Date Considered | 05/07/2019 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.A.B/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14286622 |
| | Filing Date | 2014-05-23 |
| | First Named Inventor | Bergdale |
| | Art Unit | 3621 |
| | Examiner Name | Brown |
| | Attorney Docket Number | Bytemark-013 |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Jennifer Meredith/ | Date (YYYY-MM-DD) | 2019-04-15 |
| Name/Print | Jennifer Meredith | Registration Number | 47,790 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.A.B/

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/ her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /L.A.B/

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

<table>
<tr><td rowspan="6"><b>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</b><br>( <b>Not for submission under 37 CFR 1.99</b>)</td><td>Application Number</td><td>14286622</td></tr>
<tr><td>Filing Date</td><td>2014-05-23</td></tr>
<tr><td>First Named Inventor</td><td>Bergdale</td></tr>
<tr><td>Art Unit</td><td>3621</td></tr>
<tr><td>Examiner Name</td><td></td></tr>
<tr><td>Attorney Docket  Number</td><td>Bytemark-013</td></tr>
</table>

<b>U.S.PATENTS</b>

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| /L.A.B/ | 1 | 8457354 | | 2013-06-04 | KOLAR CLARE E | |

If you wish to add additional U.S. Patent citation information please click the Add button.

<b>U.S.PATENT APPLICATION PUBLICATIONS</b>

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| /L.A.B/ | 1 | 20140086125 | | 2014-03-27 | POLO ANGEL | |
| /L.A.B/ | 2 | 20170055157 | | 2017-02-23 | BERGDALE MICAH | |
| /L.A.B/ | 3 | 20150025921 | | 2015-01-22 | SMITH GAVIN RITCHIE | |
| /L.A.B/ | 4 | 20160093127 | | 2016-03-31 | EVANS CURTIS | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

<b>FOREIGN PATENT DOCUMENTS</b>

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|

EFS Web 2.1.18

<table>
<tr><td rowspan="7"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( <strong>Not for submission under 37 CFR 1.99</strong>)</td><td>Application Number</td><td>14286622</td></tr>
<tr><td>Filing Date</td><td>2014-05-23</td></tr>
<tr><td>First Named Inventor</td><td>Bergdale</td></tr>
<tr><td>Art Unit</td><td>3621</td></tr>
<tr><td>Examiner Name</td><td></td></tr>
<tr><td>Attorney Docket  Number</td><td>Bytemark-013</td></tr>
</table>

| /L.A.B/ | 1 | 2016105322 | WO | | 2016-06-30 | ECHOSTAR UKRAINE LLC | | ☐ |
| /L.A.B/ | 2 | 2014189068 | WO | | 2014-11-27 | LEONIS & CO INC | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | /LUIS A BROWN/ | Date Considered | 02/08/2019 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | |

| | |
|---|---|
| Application Number | 14286622 |
| Filing Date | 2014-05-23 |
| First Named Inventor | Bergdale |
| Art Unit | 3621 |
| Examiner Name | |
| Attorney Docket Number | Bytemark-013 |

---

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Jennifer Meredith/ | Date (YYYY-MM-DD) | 2018-10-10 |
|---|---|---|---|
| Name/Print | Jennifer Meredith | Registration Number | 47,790 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/ her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| | | | | | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | **Application Number** | 14286622 | | |
| | | **Filing Date** | 05/23/2014 | | |
| | | **First Named Inventor** | Bergdale | | |
| | | **Art Unit** | 3621 | | |
| | | **Client Number** | Bytemark | | |
| Page 1 of 3 | | **Matter Number** | Bytemark-013 | | |

### U.S. PATENT DOCUMENTS

| Initials | Cite No. | Document Number | Issue/Publication Date | First Named Inventor | T |
|---|---|---|---|---|---|
| | 1 | 8379874 | 02/19/2013 | Simon | |
| | 2 | 7555284 | 06/30/2009 | Yan | |
| | 3 | 8788836 | 07/22/2014 | Hernacki | |
| | 4 | 8370180 | 02/05/2013 | Scott | |
| | 5 | 4193114 | 03/11/1980 | Fernando Benini | |
| | 6 | 6373587 | 04/16/2002 | Ronald P. Sansone | |
| | 7 | 7617975 | 11/17/2009 | Kenji Wada | |
| | 8 | 7044362 | 05/16/2006 | Allen K. Yu | |
| | 9 | 20070273514 | 11/29/2007 | Winand | |
| | 10 | 20020126780 | 09/12/2002 | Oshima | |
| | 11 | 20050116030 | 06/02/2005 | Wada | |
| | 12 | 20020090930 | 07/11/2002 | Fujiwara | |
| | 13 | 20090088077 | 04/02/2009 | Brown | |
| | 14 | 20080191009 | 08/14/2008 | Gressel | |
| | 15 | 20040039635 | 02/26/2004 | Linde | |
| | 16 | 20100228576 | 09/09/2010 | Marti | |
| | 17 | 20080191909 | 08/14/2008 | Mak | |
| | 18 | 20090125387 | 05/14/2009 | Mak | |
| | 19 | 20030093695 | 05/15/2003 | Dutta | |
| | 20 | 20020184539 | 12/05/2002 | Fukuda | |
| | 21 | 20060120607 | 06/08/2006 | Lev | |
| | 22 | 20100219234 | 09/02/2010 | Forbes | |
| | 23 | 20140279558 | 09/18/2014 | Viresh V. Kadi | |
| | 24 | 20130124236 | 05/16/2013 | Gi Gi Chen | |
| | 25 | 20140186050 | 07/03/2014 | Mitsuaki Oshima | |
| | 26 | 20070265891 | 11/15/2007 | Yixin Guo | |
| | 27 | 20130204647 | 08/08/2013 | Gregory Irwin Behun | |
| | 28 | 20150213660 | 07/30/2015 | Micah Bergdale | |
| | 29 | 20130194202 | 08/01/2013 | Claus Christopher Moberg | |
| | 30 | 20150084741 | 03/26/2015 | Micah Bergdale | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

Examiner: Please initial if reference is considered, whether or not citation is in conformance with MPEP Section 609.
Please draw a line through the citation if it is not in conformance and it is not considered. Please include a copy of

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application Number | 14286622 |
|---|---|---|---|
| | | Filing Date | 05/23/2014 |
| | | First Named Inventor | Bergdale |
| | | Art Unit | 3621 |
| | | Client Number | Bytemark |
| Page 2 of 3 | | Matter Number | Bytemark-013 |

| U.S. PATENT DOCUMENTS | | | | | |
|---|---|---|---|---|---|
| Initials | Cite No. | Document Number | Issue/Publication Date | First Named Inventor | T |
| | 31 | 20100308959 | 12/09/2010 | Josef Schorn | |
| | 32 | 20080201212 | 08/21/2008 | Ayman Hammad | |
| | 33 | 20120092190 | 04/19/2012 | Mark Jeffrey Stefik | |
| | 34 | 20070288319 | 12/13/2007 | Timothy Robinson | |
| | 35 | 20050240589 | 10/27/2005 | Michael Altenhofen | |
| | 36 | 20110078440 | 03/31/2011 | Chen Hua Feng | |
| | 37 | 20080227518 | 09/18/2008 | Richard A. Wiltshire | |
| | 38 | 20060161446 | 07/20/2006 | Neil Fyfe | |
| | 39 | 20030069827 | 04/10/2003 | Laurie Gathman | |
| | 40 | 20020094090 | 07/18/2002 | Yoichiro Iino | |
| | 41 | 20130279757 | 10/24/2013 | Stanley Loel Kephart | |
| | 42 | 20080201576 | 08/21/2008 | Yoshiko Kitagawa | |
| | 43 | 20100268649 | 10/21/2010 | Johan Roos | |
| | 44 | 20070136213 | 06/14/2007 | Ronald Sansone | |
| | 45 | 20070012765 | 01/18/2007 | Domini ue Trin uet | |
| | 46 | 20080120186 | 05/22/2008 | Jukka Jokinen | |
| | 47 | 20110001603 | 01/06/2011 | Nicholas Hedley Willis | |
| | 48 | 20100253470 | 10/07/2010 | Christopher John Burke | |
| | 49 | 20020145505 | 10/10/2002 | Yutaka Sata | |
| | 50 | 20080154623 | 06/26/2008 | Dennis Derker | |
| | 51 | 20100082491 | 04/01/2010 | Michael Rosenblatt | |
| | 52 | 20130214906 | 08/22/2013 | Ernst Wojak | |
| | 53 | 20040128509 | 07/01/2004 | Christian Gehrmann | |
| | 54 | 20140100896 | 04/10/2014 | Fengpei Du | |
| | 55 | 20140156318 | 06/05/2014 | Gregory Irwin Behun | |
| | 56 | 20050108912 | 05/26/2005 | Alexander Bekker | |
| | 57 | 20080007388 | 01/10/2008 | Pui Au | |
| | 58 | 20100201536 | 08/12/2010 | William Benjamin Robertson | |
| | 59 | 20030069763 | 04/10/2003 | Laurie Gathman | |
| | 60 | 20100274691 | 10/28/2010 | Ayman Hammad | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

Examiner: Please initial REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH with MPEP Section 609.
Please draw a line through the citation if it is not in conformance and it is not considered. Please include a copy of

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application Number | 14286622 |
|---|---|---|---|
| | | Filing Date | 05/23/2014 |
| | | First Named Inventor | Bergdale |
| | | Art Unit | 3621 |
| | | Client Number | Bytemark |
| Page 3 of 3 | | Matter Number | Bytemark-013 |

| **U.S. PATENT DOCUMENTS** | | | | | |
|---|---|---|---|---|---|
| Initials | Cite No. | Document Number | Issue/Publication Date | First Named Inventor | T |
| | 61 | 20100044444 | 02/25/2010 | Deepak Jain | |
| | 62 | 20070215687 | 09/20/2007 | Joan Waltman | |
| | 63 | 20050204140 | 09/15/2005 | Hiroshi Maruyama | |
| | 64 | 20070276944 | 11/29/2007 | Kerry Samovar | |
| | 65 | 20090055288 | 02/26/2009 | Shary Nassimi | |
| | 66 | 20020010603 | 01/24/2002 | Miwako Doi | |
| | 67 | 20050252964 | 11/17/2005 | Taku Takaki | |
| | 68 | 20130103200 | 04/25/2013 | Brian J. Tucker | |

| **FOREIGN PATENT DOCUMENTS** | | | | | |
|---|---|---|---|---|---|
| Initials | Cite No. | Document Number | Publication Date | Country | T |
| | 69 | 1439495A1 | 07/21/2004 | EP | |
| | 70 | 2014043810 | 03/27/2014 | WO | |
| | 71 | 2003187272A | 07/04/2003 | JP | |
| | 72 | 200825968A | 06/16/2008 | TW | |

| **OTHER DOCUMENTS** | | | |
|---|---|---|---|
| Initials | Cite No. | Author Title Date Pages etc. | T |
| | 73 | Improvement of urban passenger transport ticketing systems by deploying intelligent transport systems, 2006 | |
| | 74 | Machine English translation of JP2003-187272A from app. 13/901,243 | |

| Examiner Signature | /MONICA A MANDEL/ | Date Considered | 10/30/2017 |
|---|---|---|---|

Examiner: Please Initial REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH with MPEP Section 609.
Please draw a line through the citation if it is not in conformance and it is not considered. Please include a copy of

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application Number | 14286622 |
| | Filing Date | 5/23/2014 |
| | First Named Inventor | Bergdale |
| | Art Unit | 3621 |
| | Client Number | Bytemark |
| Page 1 of 1 | Matter Number | Bytemark-013 |

### GENERAL

Pursuant to 37 C.F.R. 1.97 and 1.98 and to the duty of disclosure set forth in 37 C.F.R. 1.56, the Examiner in charge of the above-identified application is requested to consider and make of record the references listed herewith. A copy of each listed reference, other than U.S. patents/applications and references cited in a parent application, is enclosed.

Although the information submitted herewith may be "material" to the Examiner's consideration of the subject application, this submission is not intended to constitute an admission that such information is "prior art" as to the claimed invention.

In accordance with 37 C.F.R. 1.97(g), the filing of this Information Disclosure Statement shall not be construed to mean that a search has been made.

### TIMING

In accordance with 37 CFR 1.97(b), this Information Disclosure Statement is being filed within three months of the filing of a national application other than a continued prosecution application under 37 CFR 1.53(d); within three months of the date of entry of the national stage as set forth in 37 CFR 1.491 in an international application; before the mailing of a first Office Action on the merits; or before the mailing of a first Office Action after the filing of a request for continued examination under 37 CFR 1.114.

### CERTIFICATION STATEMENT

No certification statement is required. This Information Disclosure Statement is being filed in accordance with 37 CFR 1.97(b).

### FEE

No fee is required. This Information Disclosure Statement is being filed in accordance with 37 CFR 1.97(b).

### ADDITIONAL COMMENTS

### SIGNATURE

| Signature | / Jennifer Meredith / | Date | 07/12/2017 |
| Name | Jennifer Meredith | Registration Number | 47,790 |

SyncIDS.com

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.A.M/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application Number | 14286622 |
|---|---|---|---|
| | | Filing Date | 5/23/2014 |
| | | First Named Inventor | Bergdale |
| | | Art Unit | 3621 |
| | | Client Number | Bytemark |
| Page 1 of 7 | | Matter Number | Bytemark-013 |

**U.S. PATENT DOCUMENTS**

| Initials | Cite No. | Document Number | Issue/Publication Date | First Named Inventor | T |
|---|---|---|---|---|---|
| | 1 | 20040019564 | 01/29/2004 | Goldthwaite | |
| | 2 | 6997384 | 02/14/2006 | Hara | |
| | 3 | 20030200184 | 10/23/2003 | Dominguez | |
| | 4 | 20050109838 | 05/26/2005 | Linlor | |
| | 5 | 20100211452 | 08/19/2010 | DAngelo | |
| | 6 | 20010051787 | 12/13/2001 | Haller | |
| | 7 | 20110307381 | 12/15/2011 | Kim | |
| | 8 | 20070022058 | 01/25/2007 | Labrou | |
| | 9 | 20080201769 | 08/21/2008 | Finn | |
| | 10 | 7093130 | 08/15/2006 | Kobayashi | |
| | 11 | 20050070257 | 03/31/2005 | Saarinen | |
| | 12 | 20020040308 | 04/04/2002 | Hasegawa | |
| | 13 | 20070192590 | 08/16/2007 | Pomerantz | |
| | 14 | 20030154169 | 08/14/2003 | Yanai | |
| | 15 | 20020065783 | 05/30/2002 | Na | |
| | 16 | 8583511 | 11/12/2013 | Hendrickson | |
| | 17 | 6484182 | 11/19/2002 | Dunphy | |
| | 18 | 20030105969 | 06/05/2003 | Matsui | |
| | 19 | 6961858 | 11/01/2005 | Fransdonk | |
| | 20 | 7020635 | 03/28/2006 | Hamilton | |
| | 21 | 7080049 | 07/18/2006 | Truitt | |
| | 22 | 7090128 | 08/15/2006 | Farley | |
| | 23 | 7107462 | 09/12/2006 | Fransdonk | |
| | 24 | 7150045 | 12/12/2006 | Koelle | |
| | 25 | 20080071637 | 03/20/2008 | Saarinen | |
| | 26 | 7587502 | 09/08/2009 | Crawford | |
| | 27 | 7711586 | 05/04/2010 | Aggarwal | |
| | 28 | 7567910 | 07/28/2009 | Hasegawa | |
| | 29 | 20020060246 | 05/23/2002 | Gobburu | |
| | 30 | 20110283241 | 11/17/2011 | Miller | |

| Examiner Signature | /MONICA A MANDEL/ | Date Considered | 04/13/2017 |
|---|---|---|---|

Examiner: Please initial if citation considered, whether or not citation is in conformance with MPEP Section 609. Please draw a line through the citation if it is not in conformance and it is not considered. Please include a copy of this form with the next communication to the applicant.

SyncIDS.com

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.A.M/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application Number | 14286622 |
|---|---|---|---|
| | | Filing Date | 5/23/2014 |
| | | First Named Inventor | Bergdale |
| | | Art Unit | 3621 |
| | | Client Number | Bytemark |
| Page 2 of 7 | | Matter Number | Bytemark-013 |

| U.S. PATENT DOCUMENTS | | | | | |
|---|---|---|---|---|---|
| Initials | Cite No. | Document Number | Issue/Publication Date | First Named Inventor | T |
| | 31 | 20100017872 | 01/21/2010 | Goertz | |
| | 32 | 20070032225 | 02/08/2007 | Konicek | |
| | 33 | 20080263077 | 10/23/2008 | Boston | |
| | 34 | 5559961 | 09/24/1996 | Blonder | |
| | 35 | 20070150842 | 06/28/2007 | Chaudhri | |
| | 36 | 20090284482 | 11/19/2009 | CHIN | |
| | 37 | 20020196274 | 12/26/2002 | Comfort | |
| | 38 | 5465084 | 11/07/1995 | Cottrell | |
| | 39 | 20120133484 | 05/31/2012 | GRIFFIN | |
| | 40 | 20050212760 | 09/29/2005 | Marvit | |
| | 41 | 20050060554 | 03/17/2005 | ODonoghue | |
| | 42 | 7174462 | 02/06/2007 | Pering | |
| | 43 | 20110136472 | 06/09/2011 | Rector | |
| | 44 | 20100322485 | 12/23/2010 | RIDDIFORD | |
| | 45 | 20050253817 | 11/17/2005 | Rytivaara | |
| | 46 | 20040250138 | 12/09/2004 | Schneider | |
| | 47 | 20100306718 | 12/02/2010 | SHIM | |
| | 48 | 7395506 | 07/01/2008 | Tan | |
| | 49 | 20060174339 | 08/03/2006 | Tao | |
| | 50 | 20040085351 | 05/06/2004 | Tokkonen | |
| | 51 | 20010044324 | 11/22/2001 | Carayiannis | |
| | 52 | 6685093 | 02/03/2004 | Challa | |
| | 53 | 20040019792 | 01/29/2004 | Funamoto | |
| | 54 | 20070156443 | 07/05/2007 | Gurvey | |
| | 55 | 20030172037 | 09/11/2003 | Jung | |
| | 56 | 7103572 | 09/05/2006 | Kawaguchi | |
| | 57 | 20010054111 | 12/20/2001 | Lee | |
| | 58 | 20030105641 | 06/05/2003 | Lewis | |
| | 59 | 7933589 | 04/26/2011 | Mamdani | |
| | 60 | 5789732 | 08/04/1998 | McMahon | |

| Examiner Signature | /MONICA A MANDEL/ | Date Considered | 04/13/2017 |
|---|---|---|---|

Examiner: Please initial if citation considered, whether or not citation is in conformance with MPEP Section 609. Please draw a line through the citation if it is not in conformance and it is not considered. Please include a copy of this form with the next communication to the applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.A.M/

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | Application Number | 14286622 |
| | | Filing Date | 5/23/2014 |
| | | First Named Inventor | Bergdale |
| | | Art Unit | 3621 |
| | | Client Number | Bytemark |
| Page 3 of 7 | | Matter Number | Bytemark-013 |

### U.S. PATENT DOCUMENTS

| Initials | Cite No. | Document Number | Issue/Publication Date | First Named Inventor | T |
|---|---|---|---|---|---|
| | 61 | 6496809 | 12/17/2002 | Nakfoor | |
| | 62 | 5590038 | 12/31/1996 | Pitroda | |
| | 63 | 20010016825 | 08/23/2001 | Pugliese | |
| | 64 | 6315195 | 11/13/2001 | Ramachandran | |
| | 65 | 6023688 | 02/08/2000 | Ramachandran | |
| | 66 | 6493110 | 12/10/2002 | Roberts | |
| | 67 | 6085976 | 07/11/2000 | Sehr | |
| | 68 | 20010052545 | 12/20/2001 | Serebrennikov | |
| | 69 | 6473739 | 10/29/2002 | Showghi | |
| | 70 | 20020023027 | 02/21/2002 | Simonds | |
| | 71 | 6393305 | 05/21/2002 | Ulvinen | |
| | 72 | 20010005840 | 06/28/2001 | Verkama | |
| | 73 | 6175922 | 01/16/2001 | Wang | |
| | 74 | 20030066883 | 04/10/2003 | Yu | |
| | 75 | 5253166 | 10/12/1993 | Dettelbach | |
| | 76 | 6023679 | 02/08/2000 | Acebo | |
| | 77 | 6775539 | 08/10/2004 | Deshpande | |
| | 78 | 7017806 | 03/28/2006 | Peterson | |
| | 79 | 7134087 | 11/07/2006 | Bushold | |
| | 80 | 7158939 | 01/02/2007 | Goldstein | |
| | 81 | 7191221 | 03/13/2007 | Schatz | |
| | 82 | 7386517 | 06/10/2008 | Donner | |
| | 83 | 7493261 | 02/17/2009 | Chen | |
| | 84 | 20010014870 | 08/16/2001 | Saito | |
| | 85 | 20020016929 | 02/07/2002 | Harashima | |
| | 86 | 20030036929 | 02/20/2003 | Vaughan | |
| | 87 | 20030105954 | 06/05/2003 | Immonen | |
| | 88 | 20030233276 | 12/18/2003 | Pearlman | |
| | 89 | 20040111373 | 06/10/2004 | Iga | |
| | 90 | 20040169589 | 09/02/2004 | Lea | |

| Examiner Signature | /MONICA A MANDEL/ | Date Considered | 04/13/2017 |
|---|---|---|---|

Examiner: Please initial if citation considered, whether or not citation is in conformance with MPEP Section 609. Please draw a line through the citation if it is not in conformance and it is not considered. Please include a copy of this form with the next communication to the applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.A.M/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application Number | 14286622 |
| --- | --- | --- | --- |
| | | Filing Date | 5/23/2014 |
| | | First Named Inventor | Bergdale |
| | | Art Unit | 3621 |
| | | Client Number | Bytemark |
| Page 4 of 7 | | Matter Number | Bytemark-013 |

| U.S. PATENT DOCUMENTS | | | | | |
| --- | --- | --- | --- | --- | --- |
| Initials | Cite No. | Document Number | Issue/Publication Date | First Named Inventor | T |
| | 91 | 20040186884 | 09/23/2004 | Dutordoir | |
| | 92 | 20040210476 | 10/21/2004 | Blair | |
| | 93 | 20040224703 | 11/11/2004 | Takaki | |
| | 94 | 20050059339 | 03/17/2005 | Honda | |
| | 95 | 20050272473 | 12/08/2005 | Sheena | |
| | 96 | 20060206724 | 09/14/2006 | Schaufele | |
| | 97 | 20060293929 | 12/28/2006 | Wu | |
| | 98 | 20070271455 | 11/22/2007 | Nakano | |
| | 99 | 20080071587 | 03/20/2008 | Granucci | |
| | 100 | 20080120127 | 05/22/2008 | Stoffelsma | |
| | 101 | 20080288302 | 11/20/2008 | Daouk | |
| | 102 | 20080308638 | 12/18/2008 | Hussey | |
| | 103 | 20100279610 | 11/04/2010 | Bjorhn | |
| | 104 | 20120166298 | 06/28/2012 | Smith | |
| | 105 | 7315944 | 01/01/2008 | Dutta | |
| | 106 | 20120030047 | 02/02/2012 | Fuentes | |
| | 107 | 7392226 | 06/24/2008 | Sasaki | |
| | 108 | 7529934 | 05/05/2009 | Fujisawa | |
| | 109 | 20040030091 | 02/12/2004 | McCullough | |
| | 110 | 20040030081 | 02/12/2004 | Hegi | |
| | 111 | 8473342 | 06/25/2013 | Roberts | |
| | 112 | 20020065713 | 05/30/2002 | Awada | |
| | 113 | 20020138346 | 09/26/2002 | Kodaka | |
| | 114 | 20030163787 | 08/28/2003 | Hay | |
| | 115 | 20110153495 | 06/23/2011 | Dixon | |
| | 116 | 20070260543 | 11/08/2007 | Chappuis | |
| | 117 | 8019365 | 09/13/2011 | Fisher | |
| | 118 | 7967211 | 06/28/2011 | Challa | |
| | 119 | 7520427 | 04/21/2009 | Boyd | |
| | 120 | 20100121766 | 05/13/2010 | Sugaya | |

| Examiner Signature | /MONICA A MANDEL/ | Date Considered | 04/13/2017 |
| --- | --- | --- | --- |

Examiner: Please initial if citation considered, whether or not citation is in conformance with MPEP Section 609. Please draw a line through the citation if it is not in conformance and it is not considered. Please include a copy of this form with the next communication to the applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.A.M/

| | | | | | |
|---|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application Number | 14286622 | | |
| | | Filing Date | 5/23/2014 | | |
| | | First Named Inventor | Bergdale | | |
| | | Art Unit | 3621 | | |
| | | Client Number | Bytemark | | |
| Page 5 of 7 | | Matter Number | Bytemark-013 | | |

**U.S. PATENT DOCUMENTS**

| Initials | Cite No. | Document Number | Issue/Publication Date | First Named Inventor | T |
|---|---|---|---|---|---|
| | 121 | 20110251910 | 10/13/2011 | Dimmick | |
| | 122 | 20110068165 | 03/24/2011 | DABOSVILLE | |
| | 123 | 6454174 | 09/24/2002 | Sansone | |
| | 124 | 5777305 | 07/07/1998 | Smith | |
| | 125 | 5907830 | 05/25/1999 | Engel | |
| | 126 | 5918909 | 07/06/1999 | Fiala | |
| | 127 | 6251017 | 06/26/2001 | Leason | |
| | 128 | 7024807 | 04/11/2006 | Street | |
| | 129 | 8010128 | 08/30/2011 | Silverbrook | |
| | 130 | 8016187 | 09/13/2011 | Frantz | |
| | 131 | 20040101158 | 05/27/2004 | Butler | |
| | 132 | 20120006891 | 01/12/2012 | Zhou | |
| | 133 | 20120136698 | 05/31/2012 | Kent | |
| | 134 | 20040148253 | 07/29/2004 | Shin | |
| | 135 | 20050111723 | 05/26/2005 | Hannigan | |
| | 136 | 20070017979 | 01/25/2007 | Wu | |

**FOREIGN PATENT DOCUMENTS**

| Initials | Cite No. | Document Number | Publication Date | Country | T |
|---|---|---|---|---|---|
| | ~~137~~ | ~~H11145952A~~ | ~~05/28/1999~~ | ~~JP~~ | |
| | 138 | 2007139348A1 | 12/06/2007 | WO | |
| | 139 | 2009141614 | 11/26/2009 | WO | |
| | 140 | 2390211 | 12/31/2003 | GB | |
| | 141 | 2011044899 | 04/21/2011 | WO | |
| | 142 | 2008113355 | 09/25/2008 | WO | |
| | 143 | 2417358 | 02/22/2006 | GB | |

| Examiner Signature | /MONICA A MANDEL/ | Date Considered | 04/13/2017 |
|---|---|---|---|

Examiner: Please initial if citation considered, whether or not citation is in conformance with MPEP Section 609. Please draw a line through the citation if it is not in conformance and it is not considered. Please include a copy of this form with the next communication to the applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.A.M/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application Number | 14286622 |
|---|---|---|---|
| | | Filing Date | 5/23/2014 |
| | | First Named Inventor | Bergdale |
| | | Art Unit | 3621 |
| | | Client Number | Bytemark |
| Page 6 of 7 | | Matter Number | Bytemark-013 |

| OTHER DOCUMENTS | | | |
|---|---|---|---|
| Initials | Cite No. | Author, Title, Date, Pages, etc. | T |
| | 144 | STARNBERGER et al., "QR-TAN: Secure Mobile Transaction Authentication," area, pp.578-583, 2009 International Conference on Availability, Reliability and Security, 2009. | |
| | 145 | Scott Boyter, "Aeritas tried to fill void until 3G wireless is ready; Mobile boarding pass is just one application being tested", all pages, Dallaw Forth Worth TechBiz, 19 February 2001 | |
| | 146 | Joanna Elachi, "Lufthansa Debuts Barcode Check-in And Boarding", all pages, CommWeb.com, 25 May 2001 | |
| | 147 | "Aeritas launches secure wireless check-in with barcode", all pages, m-Travel.com, 9 November 2001 | |
| | 148 | "Aeritas Launches Wireless Check-in and Security Service", all pages, MBusiness Daily, 8 November 2001 | |
| | 149 | "New Fast Track Wireless Check-In and Security Solution", all pages, aerias.com, retrieved 5 February 2002 | |
| | 150 | Hussin, W.H.; Coulton, P; Edwards, R., "Mobile ticketing system employing TrustZone technology" July 11-13, 2005 | |
| | 151 | Jong-Sik Moon; Sun-Ho Lee; Im-Yeong Lee; Sang-Gu Byeon, "Authentication Protocol Using Authorization Ticket in Mobile Network Service Environment" Aug. 11-13, 2010 | |
| | 152 | Stephanie Bell, "UK Rail Network to Launch Mobile Train-Ticketing Application" Cardline, Feb. 4, 2011 | |
| | 153 | Ko Fujimura, Yoshiaki Nakajima, Jun Sekine: "XML Ticket: Generalized Digital Ticket Definition Language" Proceedings of the 3rd Usenix Workshop on Electronic Commerce, Sept. 3, 1998 | |
| | 154 | Chun-Te Chen; Te Chung Lu, "A mobile ticket validation by VSS teach with timestamp" March 28-31, 2004. | |

| Examiner Signature | /MONICA A MANDEL/ | Date Considered | 04/13/2017 |
|---|---|---|---|

Examiner: Please initial if citation considered, whether or not citation is in conformance with MPEP Section 609. Please draw a line through the citation if it is not in conformance and it is not considered. Please include a copy of this form with the next communication to the applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.A.M/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application Number | 14286622 |
|---|---|---|
| | Filing Date | 5/23/2014 |
| | First Named Inventor | Bergdale |
| | Art Unit | 3621 |
| | Client Number | Bytemark |
| Page 7 of 7 | Matter Number | Bytemark-013 |

### GENERAL

Pursuant to 37 C.F.R. 1.97 and 1.98 and to the duty of disclosure set forth in 37 C.F.R. 1.56, the Examiner in charge of the above-identified application is requested to consider and make of record the references listed herewith. A copy of each listed reference, other than U.S. patents/applications and references cited in a parent application, is enclosed.

Although the information submitted herewith may be "material" to the Examiner's consideration of the subject application, this submission is not intended to constitute an admission that such information is "prior art" as to the claimed invention.

In accordance with 37 C.F.R. 1.97(g), the filing of this Information Disclosure Statement shall not be construed to mean that a search has been made.

### TIMING

In accordance with 37 CFR 1.97(b), this Information Disclosure Statement is being filed within three months of the filing of a national application other than a continued prosecution application under 37 CFR 1.53(d); within three months of the date of entry of the national stage as set forth in 37 CFR 1.491 in an international application; before the mailing of a first Office Action on the merits; or before the mailing of a first Office Action after the filing of a request for continued examination under 37 CFR 1.114.

### CERTIFICATION STATEMENT

No certification statement is required.  This Information Disclosure Statement is being filed in accordance with 37 CFR 1.97(b).

### FEE

No fee is required.  This Information Disclosure Statement is being filed in accordance with 37 CFR 1.97(b).

### SIGNATURE

| Signature | / Jennifer Meredith / | Date | |
|---|---|---|---|
| Name | Jennifer Meredith | Registration Number | 47,790 |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.A.M/

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( **Not for submission under 37 CFR 1.99** )

| | |
|---|---|
| Application Number | 14286622 |
| Filing Date | 2014-05-23 |
| First Named Inventor | Bergdale, Micah |
| Art Unit | 3621 |
| Examiner Name | MANDEL, MONICA A |
| Attorney Docket Number | BM___8 |

**U.S.PATENTS** | Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5621797 | | 1997-04-15 | Rosen | |
| | 2 | 7263506 | | 2007-08-28 | Lee et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button. | Add

**U.S.PATENT APPLICATION PUBLICATIONS** | Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20030229790 | | 2003-12-11 | Russell, WC | |
| | 2 | 20110040585 | | 2011-02-17 | Roxburgh et al. | |
| | 3 | 20040030658 | | 2004-02-12 | Cruz, CS | |
| | 4 | 20020040346 | | 2002-04-04 | Kwan, KH | |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add

**FOREIGN PATENT DOCUMENTS** | Remove

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.A.M/

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( **Not for submission under 37 CFR 1.99**)

| | |
|---|---|
| Application Number | 14286622 |
| Filing Date | 2014-05-23 |
| First Named Inventor | Bergdale, Micah |
| Art Unit | 3621 |
| Examiner Name | MANDEL, MONICA A |
| Attorney Docket Number | BM___8 |

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button **Add**

| **NON-PATENT LITERATURE DOCUMENTS** | | | Remove |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button **Add**

| **EXAMINER SIGNATURE** | | | |

| Examiner Signature | /MONICA A MANDEL/ | Date Considered | 04/13/2017 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.A.M/

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number — 14286622 |
| | Filing Date — 2014-05-23 |
| | First Named Inventor — Bergdale, Micah |
| | Art Unit — 3621 |
| | Examiner Name — MANDEL, MONICA A |
| | Attorney Docket Number — BM___8 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

[X] That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

[ ] That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

[ ] See attached certification statement.

[ ] The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

[ ] A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /ts/ | Date (YYYY-MM-DD) | 2015-01-20 |
|---|---|---|---|
| Name/Print | Ted Sabety | Registration Number | 53540 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.A.M/

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.A.M/