# EXHIBIT K

(12) **United States Patent**
Bergdale et al.

(10) Patent No.: **US 10,346,764 B2**
(45) Date of Patent: **Jul. 9, 2019**

(54) **METHOD AND SYSTEM FOR DISTRIBUTING ELECTRONIC TICKETS WITH VISUAL DISPLAY FOR VERIFICATION**

(71) Applicant: **Bytemark, Inc.**, New York, NY (US)

(72) Inventors: **Micah Bergdale**, New York, NY (US); **Matthew Grasser**, New York, NY (US); **Nicholas Ihm**, New York, NY (US); **Samuel Krueckeberg**, New York, NY (US); **Gregory Valyer**, Park Ridge, IL (US)

(73) Assignee: **BYTEMARK, INC.**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 518 days.

(21) Appl. No.: **14/823,157**

(22) Filed: **Aug. 11, 2015**

(65) **Prior Publication Data**

US 2015/0347931 A1    Dec. 3, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 13/901,243, filed on May 23, 2013, now Pat. No. 9,239,993, and a
(Continued)

(51) Int. Cl.
*G06Q 10/02* (2012.01)
*G06Q 30/02* (2012.01)
(Continued)

(52) U.S. Cl.
CPC ......... *G06Q 10/02* (2013.01); *G06Q 20/0457* (2013.01); *G06Q 20/10* (2013.01); *G06Q 20/3274* (2013.01); *G06Q 30/0255* (2013.01)

(58) Field of Classification Search
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,193,114 | A | 3/1980 | Benini |
| 5,253,166 | A | 10/1993 | Dettelbach |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 1439495 A1 | 7/2004 |
| GB | 2390211 | 12/2003 |

(Continued)

OTHER PUBLICATIONS

S. K. Chang, G. Polese, R. Thomas and S. Das, "A visual language for authorization modeling," Proceedings. 1997 IEEE Symposium on Visual Languages (Cat. No. 97TB100180), Isle of Capri, Italy, 1997, pp. 110-118. doi: 10.1109/VL.1997.626565 (Visual Language).*

(Continued)

*Primary Examiner* — Chikaodinaka Ojiaku
(74) *Attorney, Agent, or Firm* — Jennifer Meredith; Meredith Attorneys, PLLC

(57) **ABSTRACT**

This invention discloses a novel system and method for distributing electronic ticketing such that the ticket is verified at the entrance to venues by means of an animation or other human perceptible verifying visual object that is selected by the venue for the specific event. This removes the need to use a bar-code scanner on an LCD display of a cell phone or other device and speeds up the rate at which human ticket takers can verify ticket holders. The system also can permit ticket purchase verification in the absence of a network connection during verification.

**28 Claims, 16 Drawing Sheets**



### Related U.S. Application Data

continuation of application No. 13/475,881, filed on May 18, 2012, now Pat. No. 8,494,967, which is a continuation-in-part of application No. 13/110,709, filed on May 18, 2011, now abandoned, which is a continuation-in-part of application No. 13/046,413, filed on Mar. 11, 2011, now Pat. No. 10,089,606.

(51) **Int. Cl.**
*G06Q 20/10* (2012.01)
*G06Q 20/04* (2012.01)
*G06Q 20/32* (2012.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,465,084 A | 11/1995 | Cottrell |
| 5,559,961 A | 9/1996 | Blonder |
| 5,590,038 A | 12/1996 | Pitroda |
| 5,621,797 A | 4/1997 | Rosen |
| 5,686,987 A * | 11/1997 | Hewitt ............... G01N 21/8803 356/237.1 |
| 5,777,305 A | 7/1998 | Smith |
| 5,789,732 A | 8/1998 | McMahon |
| 5,797,330 A | 8/1998 | Li |
| 5,907,830 A | 5/1999 | Engel |
| 5,918,909 A | 7/1999 | Fiala |
| 6,023,679 A * | 2/2000 | Acebo ............... G06Q 10/02 705/5 |
| 6,023,688 A | 2/2000 | Ramachandran |
| 6,085,976 A | 7/2000 | Sehr |
| 6,175,922 B1 * | 1/2001 | Wang ............... G06Q 20/02 380/255 |
| 6,251,017 B1 | 6/2001 | Leason |
| 6,315,195 B1 | 11/2001 | Ramachandran |
| 6,373,587 B1 | 4/2002 | Sansone |
| 6,393,305 B1 | 5/2002 | Ulvinen |
| 6,454,174 B1 | 9/2002 | Sansone |
| 6,473,739 B1 | 10/2002 | Showghi |
| 6,484,182 B1 | 11/2002 | Dunphy |
| 6,493,110 B1 | 12/2002 | Roberts |
| 6,496,809 B1 | 12/2002 | Nakfoor |
| 6,685,093 B2 | 2/2004 | Challa |
| 6,775,539 B2 * | 8/2004 | Deshpande ............... G06Q 30/02 455/414.4 |
| 6,961,858 B2 | 11/2005 | Fransdonk |
| 6,997,384 B2 | 2/2006 | Hara |
| 7,017,806 B2 * | 3/2006 | Peterson ............... G06Q 10/02 235/384 |
| 7,020,635 B2 | 3/2006 | Hamilton |
| 7,024,807 B2 | 4/2006 | Street |
| 7,044,362 B2 | 5/2006 | Yu |
| 7,080,049 B2 | 7/2006 | Truitt |
| 7,090,128 B2 | 8/2006 | Farley |
| 7,093,130 B1 | 8/2006 | Kobayashi |
| 7,103,572 B1 | 9/2006 | Kawaguchi |
| 7,107,462 B2 | 9/2006 | Fransdonk |
| 7,134,087 B2 * | 11/2006 | Bushold ............... G06Q 20/20 715/764 |
| 7,150,045 B2 | 12/2006 | Koelle |
| 7,158,939 B2 * | 1/2007 | Goldstein ............... G06Q 10/02 705/5 |
| 7,174,462 B2 | 2/2007 | Pering |
| 7,191,221 B2 * | 3/2007 | Schatz ............... H04L 51/30 709/206 |
| 7,263,506 B2 | 8/2007 | Lee |
| 7,289,959 B2 * | 10/2007 | Praca ............... G06K 9/00154 382/115 |
| 7,315,944 B2 | 1/2008 | Dutta |
| 7,386,517 B1 * | 6/2008 | Donner ............... G06Q 10/02 705/14.14 |
| 7,392,226 B1 | 6/2008 | Sasaki |
| 7,395,506 B2 | 7/2008 | Tan |
| 7,493,261 B2 * | 2/2009 | Chen ............... G06Q 10/02 705/5 |
| 7,520,427 B2 | 4/2009 | Boyd |
| 7,529,934 B2 | 5/2009 | Fujisawa |
| 7,555,284 B2 | 6/2009 | Yan |
| 7,567,910 B2 | 7/2009 | Hasegawa |
| 7,587,502 B2 | 9/2009 | Crawford |
| 7,617,975 B2 | 11/2009 | Wada |
| 7,711,586 B2 | 5/2010 | Aggarwal |
| 7,933,589 B1 | 4/2011 | Mamdani |
| 7,967,211 B2 | 6/2011 | Challa |
| 8,010,128 B2 | 8/2011 | Silverbrook |
| 8,016,187 B2 | 9/2011 | Frantz |
| 8,019,365 B2 | 9/2011 | Fisher |
| 8,370,180 B2 | 2/2013 | Scott |
| 8,379,874 B1 | 2/2013 | Simon |
| 8,457,354 B1 | 6/2013 | Kolar |
| 8,473,342 B1 | 6/2013 | Roberts |
| 8,583,511 B2 | 11/2013 | Hendrickson |
| 8,584,224 B1 * | 11/2013 | Pei ............... H04L 9/3213 713/168 |
| 8,788,836 B1 | 7/2014 | Hernacki |
| 8,912,879 B2 | 12/2014 | Fyke |
| 8,935,802 B1 * | 1/2015 | Mattsson ............... G06F 21/6245 726/26 |
| 9,152,900 B1 * | 10/2015 | Santiago ............... G06K 15/4095 |
| 9,292,731 B2 * | 3/2016 | Carrizo ............... G06K 9/00167 |
| 9,478,086 B1 * | 10/2016 | Berge ............... H04L 63/0815 |
| 9,911,123 B2 * | 3/2018 | Van Os ............... G06Q 20/40 |
| 10,055,634 B2 * | 8/2018 | Han ............... G06K 9/00033 |
| 10,102,403 B1 * | 10/2018 | Akens ............... G06F 21/31 |
| 2001/0005840 A1 | 6/2001 | Verkama |
| 2001/0014870 A1 * | 8/2001 | Saito ............... G06Q 20/204 705/14.26 |
| 2001/0016825 A1 | 8/2001 | Pugliese |
| 2001/0037174 A1 | 11/2001 | Dickerson |
| 2001/0044324 A1 | 11/2001 | Carayiannis |
| 2001/0051787 A1 | 12/2001 | Haller |
| 2001/0052545 A1 | 12/2001 | Serebrennikov |
| 2001/0054111 A1 | 12/2001 | Lee |
| 2002/0010603 A1 | 1/2002 | Doi |
| 2002/0016929 A1 * | 2/2002 | Harashima ............... G06F 21/6218 726/28 |
| 2002/0023027 A1 | 2/2002 | Simonds |
| 2002/0040308 A1 | 4/2002 | Hasegawa |
| 2002/0040346 A1 | 4/2002 | Kwan |
| 2002/0060246 A1 | 5/2002 | Gobburu |
| 2002/0065713 A1 | 5/2002 | Awada |
| 2002/0065783 A1 | 5/2002 | Na |
| 2002/0081590 A1 * | 6/2002 | Penn ............... C07K 14/47 435/6.16 |
| 2002/0090930 A1 | 7/2002 | Fujiwara |
| 2002/0094090 A1 | 7/2002 | Iino |
| 2002/0126780 A1 | 9/2002 | Oshima |
| 2002/0138346 A1 | 9/2002 | Kodaka |
| 2002/0145505 A1 | 10/2002 | Sata |
| 2002/0184539 A1 | 12/2002 | Fukuda |
| 2002/0196274 A1 | 12/2002 | Comfort |
| 2003/0036929 A1 * | 2/2003 | Vaughan ............... G06Q 10/02 705/5 |
| 2003/0066883 A1 | 4/2003 | Yu |
| 2003/0069763 A1 | 4/2003 | Gathman |
| 2003/0069827 A1 | 4/2003 | Gathman |
| 2003/0093695 A1 | 5/2003 | Dutta |
| 2003/0105641 A1 | 6/2003 | Lewis |
| 2003/0105954 A1 * | 6/2003 | Immonen ............... G06Q 20/04 713/156 |
| 2003/0105969 A1 | 6/2003 | Matsui |
| 2003/0154169 A1 | 8/2003 | Yanai |
| 2003/0163787 A1 | 8/2003 | Hay |
| 2003/0172037 A1 | 9/2003 | Jung |
| 2003/0194704 A1 * | 10/2003 | Penn ............... C12Q 1/6876 435/6.11 |
| 2003/0200184 A1 | 10/2003 | Dominguez |
| 2003/0229790 A1 * | 12/2003 | Russell ............... G06Q 10/02 713/172 |
| 2003/0233276 A1 * | 12/2003 | Pearlman ............... G06Q 20/3274 705/14.23 |

## (56) References Cited

### U.S. PATENT DOCUMENTS

| Publication No. | Date | Name | Classification |
|---|---|---|---|
| 2004/0019564 A1* | 1/2004 | Goldthwaite | G06Q 20/04 705/44 |
| 2004/0019792 A1 | 1/2004 | Funamoto | |
| 2004/0030081 A1 | 2/2004 | Hegi | |
| 2004/0030091 A1 | 2/2004 | McCullough | |
| 2004/0030658 A1 | 2/2004 | Cruz | |
| 2004/0039635 A1 | 2/2004 | Linde | |
| 2004/0073446 A1* | 4/2004 | Snow | G06Q 10/101 705/300 |
| 2004/0085351 A1 | 5/2004 | Tokkonen | |
| 2004/0101158 A1 | 5/2004 | Butler | |
| 2004/0111373 A1* | 6/2004 | Iga | G06F 21/10 705/51 |
| 2004/0125124 A1* | 7/2004 | Kim | G11B 27/034 715/716 |
| 2004/0128509 A1 | 7/2004 | Gehrmann | |
| 2004/0133927 A1* | 7/2004 | Sternberg | G06K 9/00624 725/136 |
| 2004/0148253 A1 | 7/2004 | Shin | |
| 2004/0169589 A1* | 9/2004 | Lea | G01S 13/75 340/8.1 |
| 2004/0186884 A1* | 9/2004 | Dutordoir | H04L 51/30 709/206 |
| 2004/0210476 A1* | 10/2004 | Blair | G06Q 10/02 705/13 |
| 2004/0224703 A1* | 11/2004 | Takaki | H04W 4/02 455/457 |
| 2004/0250138 A1 | 12/2004 | Schneider | |
| 2005/0059339 A1* | 3/2005 | Honda | G06K 1/12 455/3.01 |
| 2005/0060554 A1 | 3/2005 | ODonoghue | |
| 2005/0070257 A1 | 3/2005 | Saarinen | |
| 2005/0108912 A1 | 5/2005 | Bekker | |
| 2005/0109838 A1 | 5/2005 | Linlor | |
| 2005/0111723 A1 | 5/2005 | Hannigan | |
| 2005/0116030 A1 | 6/2005 | Wada | |
| 2005/0137889 A1 | 6/2005 | Wheeler | |
| 2005/0204140 A1 | 9/2005 | Maruyama | |
| 2005/0212760 A1 | 9/2005 | Marvit | |
| 2005/0240589 A1 | 10/2005 | Altenhofen | |
| 2005/0246634 A1 | 11/2005 | Ortwein | |
| 2005/0252964 A1 | 11/2005 | Takaki | |
| 2005/0253817 A1 | 11/2005 | Rytivaara | |
| 2005/0272473 A1* | 12/2005 | Sheena | H04M 3/4931 455/563 |
| 2005/0283444 A1 | 12/2005 | Ekberg | |
| 2006/0082788 A1* | 4/2006 | Muchnik | G01N 9/24 356/614 |
| 2006/0120607 A1 | 6/2006 | Lev | |
| 2006/0161446 A1 | 7/2006 | Fyfe | |
| 2006/0170933 A1* | 8/2006 | Muchnik | G01B 11/272 356/614 |
| 2006/0174339 A1 | 8/2006 | Tao | |
| 2006/0206724 A1* | 9/2006 | Schaufele | G06F 21/32 713/186 |
| 2006/0206728 A1 | 9/2006 | Masuda | |
| 2006/0293929 A1* | 12/2006 | Wu | G06Q 10/02 705/5 |
| 2007/0011265 A1* | 1/2007 | Liezenberg | G06Q 10/107 709/217 |
| 2007/0012765 A1* | 1/2007 | Trinquet | G06K 17/00 235/382 |
| 2007/0017979 A1 | 1/2007 | Wu | |
| 2007/0022058 A1 | 1/2007 | Labrou | |
| 2007/0032225 A1 | 2/2007 | Konicek | |
| 2007/0057979 A1* | 3/2007 | Gardner | B41J 2/0456 347/5 |
| 2007/0136213 A1 | 6/2007 | Sansone | |
| 2007/0150842 A1 | 6/2007 | Chaudhri | |
| 2007/0156443 A1* | 7/2007 | Gurvey | G06Q 10/02 705/64 |
| 2007/0192590 A1 | 8/2007 | Pomerantz | |
| 2007/0215687 A1 | 9/2007 | Waltman | |
| 2007/0260543 A1 | 11/2007 | Chappuis | |
| 2007/0265891 A1 | 11/2007 | Guo | |
| 2007/0271455 A1* | 11/2007 | Nakano | G06Q 20/1235 713/154 |
| 2007/0273514 A1 | 11/2007 | Winand | |
| 2007/0276944 A1 | 11/2007 | Samovar | |
| 2007/0283049 A1 | 12/2007 | Rakowski | |
| 2007/0288319 A1 | 12/2007 | Robinson | |
| 2008/0007388 A1 | 1/2008 | Au | |
| 2008/0071587 A1* | 3/2008 | Granucci | G06Q 10/02 705/5 |
| 2008/0071637 A1 | 3/2008 | Saarinen | |
| 2008/0120127 A1* | 5/2008 | Stoffelsma | G06Q 10/02 705/1.1 |
| 2008/0120186 A1 | 5/2008 | Jokinen | |
| 2008/0154623 A1 | 6/2008 | Derker | |
| 2008/0191009 A1 | 8/2008 | Gressel | |
| 2008/0191909 A1 | 8/2008 | Mak | |
| 2008/0201212 A1 | 8/2008 | Hammad | |
| 2008/0201576 A1 | 8/2008 | Kitagawa | |
| 2008/0201769 A1 | 8/2008 | Finn | |
| 2008/0227518 A1 | 9/2008 | Wiltshire | |
| 2008/0263077 A1 | 10/2008 | Boston | |
| 2008/0288302 A1* | 11/2008 | Daouk | G06Q 10/02 705/5 |
| 2008/0308638 A1* | 12/2008 | Hussey | G06K 7/10 235/462.11 |
| 2009/0055288 A1 | 2/2009 | Nassimi | |
| 2009/0088077 A1 | 4/2009 | Brown | |
| 2009/0097714 A1* | 4/2009 | Naccache | G06F 21/32 382/117 |
| 2009/0125387 A1 | 5/2009 | Mak | |
| 2009/0196470 A1* | 8/2009 | Carl | A61N 5/1049 382/128 |
| 2009/0210814 A1* | 8/2009 | Agrusa | G05B 23/0267 715/772 |
| 2009/0222900 A1* | 9/2009 | Benaloh | H04L 9/3213 726/9 |
| 2009/0284482 A1 | 11/2009 | Chin | |
| 2010/0017872 A1 | 1/2010 | Goertz | |
| 2010/0044444 A1 | 2/2010 | Jain | |
| 2010/0082491 A1 | 4/2010 | Rosenblatt | |
| 2010/0121766 A1 | 5/2010 | Sugaya | |
| 2010/0201536 A1 | 8/2010 | Robertson | |
| 2010/0211452 A1 | 8/2010 | DAngelo | |
| 2010/0219234 A1 | 9/2010 | Forbes | |
| 2010/0228563 A1 | 9/2010 | Walker, Jr. | |
| 2010/0228576 A1 | 9/2010 | Marti | |
| 2010/0253470 A1 | 10/2010 | Burke | |
| 2010/0253471 A1* | 10/2010 | Abe | G06F 21/32 340/5.83 |
| 2010/0268649 A1* | 10/2010 | Roos | G06F 21/10 705/50 |
| 2010/0274691 A1 | 10/2010 | Hammad | |
| 2010/0279610 A1* | 11/2010 | Bjorhn | G06Q 20/20 455/41.2 |
| 2010/0306718 A1 | 12/2010 | Shim | |
| 2010/0308959 A1 | 12/2010 | Schorn | |
| 2010/0322485 A1 | 12/2010 | Riddiford | |
| 2011/0001603 A1 | 1/2011 | Willis | |
| 2011/0040585 A1 | 2/2011 | Roxburgh | |
| 2011/0068165 A1 | 3/2011 | Dabosville | |
| 2011/0078440 A1 | 3/2011 | Feng | |
| 2011/0136472 A1 | 6/2011 | Rector | |
| 2011/0153495 A1 | 6/2011 | Dixon | |
| 2011/0251910 A1 | 10/2011 | Dimmick | |
| 2011/0283241 A1 | 11/2011 | Miller | |
| 2011/0307381 A1 | 12/2011 | Kim | |
| 2012/0006891 A1 | 1/2012 | Zhou | |
| 2012/0030047 A1 | 2/2012 | Fuentes | |
| 2012/0092190 A1 | 4/2012 | Stefik | |
| 2012/0133484 A1 | 5/2012 | Griffin | |
| 2012/0136698 A1 | 5/2012 | Kent | |
| 2012/0166298 A1* | 6/2012 | Smith | G06Q 20/209 705/24 |
| 2012/0245769 A1 | 9/2012 | Creissels | |
| 2012/0330697 A1 | 12/2012 | Smith | |
| 2013/0103200 A1 | 4/2013 | Tucker | |

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2013/0124236 A1 | 5/2013 | Chen |
| 2013/0194202 A1 | 8/2013 | Moberg |
| 2013/0204647 A1 | 8/2013 | Behun |
| 2013/0214906 A1 | 8/2013 | Wojak |
| 2013/0279757 A1 | 10/2013 | Kephart |
| 2013/0307990 A1 | 11/2013 | Wiles |
| 2014/0086125 A1 | 3/2014 | Polo |
| 2014/0100896 A1 | 4/2014 | Du |
| 2014/0156318 A1 | 6/2014 | Behun |
| 2014/0186050 A1 | 7/2014 | Oshima |
| 2014/0279558 A1 | 9/2014 | Kadi |
| 2015/0020181 A1* | 1/2015 | Iwata .................. G06F 21/32 726/7 |
| 2015/0025921 A1 | 1/2015 | Smith |
| 2015/0084741 A1 | 3/2015 | Bergdale |
| 2015/0213443 A1* | 7/2015 | Geffon ............... G06Q 20/3821 705/76 |
| 2015/0213660 A1 | 7/2015 | Bergdale |
| 2015/0317841 A1 | 11/2015 | Karsch |
| 2016/0042631 A1 | 2/2016 | Ho |
| 2016/0055605 A1 | 2/2016 | Kim |
| 2016/0093127 A1 | 3/2016 | Evans |
| 2016/0253675 A1* | 9/2016 | Remillet ................ G06F 21/31 705/44 |
| 2016/0358332 A1* | 12/2016 | Watanabe ............ G06T 7/0012 |
| 2017/0032114 A1* | 2/2017 | Turgeman ............... G06F 21/32 |
| 2017/0055157 A1 | 2/2017 | Bergdale |
| 2017/0372289 A1* | 12/2017 | Fitzsimmons ....... G06Q 20/208 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2417358 | 2/2006 |
| JP | H11145952 A | 5/1999 |
| JP | 2003187272 A | 7/2003 |
| RU | 94931 | 6/2010 |
| TW | 200825968 A | 6/2008 |
| WO | 2007139348 A1 | 12/2007 |
| WO | 2008113355 | 9/2008 |
| WO | 2009141614 | 11/2009 |
| WO | 2011044899 | 4/2011 |
| WO | 2014043810 | 3/2014 |
| WO | 2014189068 | 11/2014 |
| WO | 2016105322 | 6/2016 |

### OTHER PUBLICATIONS

Starnberger et al., "QR-TAN: Secure Mobile Transaction Authentication," area, pp. 578-583, 2009 International Conference on Availability, Reliability and Security, 2009.
Scott Boyter, "Aeritas tried to fill void until 3G wireless is ready; Mobile boarding pass is just one application being tested", all pages, Dallaw Forth Worth TechBiz, Feb. 19, 2001.
Joanna Elachi, "Lufthansa Debuts Barcode Check-in and Boarding", all pages, CommWeb.com, May 25, 2001.
"Aeritas launches secure wireless check-in with barcode", all pages, m-Travel.com, Nov. 9, 2001.
"Aeritas Launches Wireless Check-in and Security Service", all pages, MBusiness Daily, Nov. 8, 2001.
"New Fast Track Wireless Check-In and Security Solution", all pages, aerias.com, retrieved Feb. 5, 2002.
Hussin, W.H.; Coulton, P; Edwards, R., "Mobile ticketing system employing TrustZone technology" Jul. 11-13, 2005.
Jong-Sik Moon; Sun-Ho Lee; Im-Yeong Lee; Sang-Gu Byeon, "Authentication Protocol Using Authorization Ticket in Mobile Network Service Environment" Aug. 11-13, 2010.
Stephanie Bell, "UK Rail Network to Launch Mobile Train-Ticketing Application" Cardline, Feb. 4, 2011.
Ko Fujimura, Yoshiaki Nakajima, Jun Sekine: "ML Ticket: Generalized Digital Ticket Definition Language" Proceedings of the 3rd Usenix Workshop on Electronic Commerce, Sep. 3, 1998.
Chun-Te Chen; Te Chung Lu, "A mobile ticket validation by VSS teach with timestamp" Mar. 28-31, 2004.
Improvement of urban passenger transport ticketing systems by deploying intelligent transport systems, 2006.
Machine English translation of JP2003-187272A from U.S. Appl. No. 13/901,243.

* cited by examiner