IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC., <br><br> Plaintiff, <br><br> v. <br><br> XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP., <br><br> Defendants. | Civil Action No. 1:17-cv-01803-PGG-JW <br><br> JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 7, 2022, Plaintiff Bytemark, Inc.'s Reply in Support of Its Motion to Dismiss Defendants' Counter Claim V and Strike Defendants' Twelfth Affirmative Defense and accompanying Exhibits A-M were served on counsel of record via ECF.

/s/ Anya Engel
Anya Engel