IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.,<br><br>   Defendants. | Civil Action No. 1:17-cv-01803-PGG-JW<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

    I hereby certify that Third Party Jennifer Meredith's Motion to Quash Defendants' Subpoena and for a Protective Order, Memorandum of Law in Support of her Motion, and supporting exhibits were electronically filed on this July 5, 2022. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

                                                     /s/ Scott M. Draffin
                                                    Scott M. Draffin