# McKOOL SMITH

Jonathan Powers
Direct Dial: (214) 978-4088
jpowers@McKoolSmith.com

300 Crescent Court
Suite 1500
Dallas, TX 75201

Telephone: (214) 978-4000
Facsimile: (214) 978-4044

July 11, 2022

**VIA ECF AND FACSIMILE**

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse, Courtroom 705
40 Foley Square
New York, NY 10007
Fax: (212) 805-7986

      RE:    *Bytemark, Inc. v. Xerox Corp., et al.*, in the United States District Court for the Southern District of New York; Civil Action No. 1:17-cv-01803-PGG — Request to Strike Bytemark's July 8, 2022, Discovery Letter for Failing to Confer with Defendants Before Filing

Dear Judge Gardephe:

      I write to ask that Your Honor strike Plaintiff Bytemark, Inc.'s ("Bytemark") discovery letter filed Friday, July 8, 2022 (Dkt. 175). Bytemark filed the letter without ever requesting a meet and confer on many of the issues of which it complains. For example, Bytemark requests an order compelling Conduent to respond to Bytemark's Stipulated Revised Interrogatory No. 17. Conduent received that Interrogatory for the first time on July 6, 2022, two days before Bytemark filed its letter. Conduent intends to respond to that revised interrogatory by the end of this week. Defendants are also working to address the other issues Bytemark prematurely raised with the Court on Friday. Given Bytemark's failure to adequately confer and non-compliance with Your Honor's Individual Rule IV(E), requiring that discovery disputes be presented in a jointly composed letter between the parties, Defendants request that Bytemark's discovery letter, Dkt. 175, be stricken.

      If Defendants' efforts to resolve Bytemark's concerns are unsuccessful, then Defendants propose that the parties submit a jointly composed letter ten days from today, on July 21, 2022, describing any remaining disputes. That schedule leaves more than two months in the fact discovery window for the Court to consider any such disputes. Dkt. 159 (Case Management and Scheduling Order) at ¶ 6 (setting a fact discovery deadline of Sept. 29, 2022). I have attached a proposed order for Your Honor's convenience.

July 11, 2022
Page 2

                        Respectfully submitted,

                        **MCKOOL SMITH, P.C.**

                        */s/ Jonathan Powers*
                        **Douglas A. Cawley**
                        **David Sochia**
                        **Ashley N. Moore**
                        **Jonathan Powers**
                        **Eliza Beeney**
                        300 Crescent Court, Suite 1500
                        Dallas, Texas 75201
                        Tel:  (214) 978-4000
                        Fax:  (214) 978-4044
                        dcawley@mckoolsmith.com
                        dsochia@mckoolsmith.com
                        amoore@mckoolsmith.com
                        jpowers@mckoolsmith.com
                        ebeeney@mckoolsmith.com

                        *Counsel for Defendants*

cc:    Anya Engel, Esq. (via ECF)
        Dariush Keyhani, Esq. (via ECF)
        Frances Stephenson, Esq. (via ECF)