# EXHIBIT 3
# (SLIPSHEET —
# FILED UNDER SEAL)