# EXHIBIT 5

**Jonathan Powers**

| | |
|---|---|
| **From:** | dkeyhani@keyhanillc.com |
| **Sent:** | Friday, June 10, 2022 11:08 AM |
| **To:** | Jonathan Powers |
| **Cc:** | fstephenson@keyhanillc.com; Angel Devine; 'aengel@keyhanillc.com'; Xerox_Bytemark; Scott Draffin |
| **Subject:** | RE: Bytemark v. Xerox, et al.: Notice of Subpoena to J. Meredith |

Counsel,  We will call you at 2 pm Eastern to discuss.

Darius
-----Original Message-----
From: "Jonathan Powers" <jpowers@McKoolSmith.com>
Sent: Friday, June 10, 2022 11:23am
To: "fstephenson@keyhanillc.com" <fstephenson@keyhanillc.com>
Cc: "Angel Devine" <adevine@McKoolSmith.com>, "'dkeyhani@keyhanillc.com'" <dkeyhani@keyhanillc.com>, "'aengel@keyhanillc.com'" <aengel@keyhanillc.com>, "Xerox_Bytemark" <Xerox_Bytemark@McKoolSmith.com>, "Scott Draffin" <sdraffin@keyhanillc.com>
Subject: RE: Bytemark v. Xerox, et al.: Notice of Subpoena to J. Meredith

Frances, can you please clarify who you're referring to when you say "we"? Are you speaking on behalf of Bytemark, Ms. Meredith, or both? We understand that you'll be moving for a protective order, but procedurally, we still need to serve Ms. Meredith. So if you're representing her, please confirm that you can accept service on her behalf.

I can talk today at 1 CT / 2 ET.

Jonathan Powers

**From:** fstephenson@keyhanillc.com <fstephenson@keyhanillc.com>
**Sent:** Thursday, June 9, 2022 3:41 PM

1

**To:** Jonathan Powers <jpowers@McKoolSmith.com>
**Cc:** Angel Devine <adevine@McKoolSmith.com>; 'dkeyhani@keyhanillc.com' <dkeyhani@keyhanillc.com>; 'aengel@keyhanillc.com' <aengel@keyhanillc.com>; Xerox_Bytemark <Xerox_Bytemark@McKoolSmith.com>; Scott Draffin <sdraffin@keyhanillc.com>
**Subject:** RE: Bytemark v. Xerox, et al.: Notice of Subpoena to J. Meredith

Counsel, we object to your subpoena and we intend to move for a protective order and we would like to set up a meet and confer regarding this matter. Are you available for a meet and confer tomorrow at 1 or 2 pm?

Best,

Frances

-----Original Message-----
From: "Jonathan Powers" <jpowers@McKoolSmith.com>
Sent: Wednesday, June 8, 2022 12:56pm
To: "Angel Devine" <adevine@McKoolSmith.com>, "'dkeyhani@keyhanillc.com'" <dkeyhani@keyhanillc.com>, "'fstephenson@keyhanillc.com'" <fstephenson@keyhanillc.com>, "'aengel@keyhanillc.com'" <aengel@keyhanillc.com>
Cc: "Xerox_Bytemark" <Xerox_Bytemark@McKoolSmith.com>
Subject: RE: Bytemark v. Xerox, et al.: Notice of Subpoena to J. Meredith

Darius, are you all representing Ms. Meredith in connection with this subpoena? If so, can you please ask whether she will consent to service via email?

Best,

Jonathan Powers

**From:** Angel Devine <adevine@McKoolSmith.com>
**Sent:** Monday, June 6, 2022 10:50 AM
**To:** 'dkeyhani@keyhanillc.com' <dkeyhani@keyhanillc.com>; 'fstephenson@keyhanillc.com' <fstephenson@keyhanillc.com>; 'aengel@keyhanillc.com' <aengel@keyhanillc.com>
**Cc:** Xerox_Bytemark <Xerox_Bytemark@McKoolSmith.com>
**Subject:** Bytemark v. Xerox, et al.: Notice of Subpoena to J. Meredith

Counsel,

Attached please find the Notice of Subpoena to Ms. Jennifer Meredith.

Kind Regards,
Angel Devine

2

*Angel Devine*

**Paralegal**
**McKool Smith, P.C.**
**One Manhattan West**
**395 9th Avenue, 50th Floor**
**New York, NY 10001-8603**
**Direct:  (212) 402-9459**
**Fax:  (212) 402-9444**
adevine@mckoolsmith.com
www.mckoolsmith.com

Austin Dallas Houston Los Angeles Marshall **New York** Washington, DC

NOTICE OF CONFIDENTIALITY:
The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed.