# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BYTEMARK, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 1:17-CV-01803 (PGG) (JW) |
| XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP., | § § § § § § § | |
| Defendants. | § § | |

### AFFIDAVIT OF JOSEPH BUTLER

1. I, Joseph Butler, being duly sworn, deposes and says that I am not a party to this action and I am over the age of eighteen years and resides in the State of New York.

2. I am a process server for Executive Attorney Service, located at 585 Stewart Avenue, Suite LL16, Garden City, New York 11530.

3. That on June 29, 2022, I personally went to 250 Porterville Road, East Aurora, New York 14052 twice in efforts to deliver thereat a true copy of a Letter, Subpoena to Testify at a Deposition, Protective Order and Witness Fee of $42.32 upon Ms. Jennifer Meredith.

4. That at the said address, there are cameras on the driveway and the house. There were cars in the driveway and there are people inside of the house, but no one would open the door.

5. That on July 1, 2022, I personally effected service upon Ms. Meredith as stated in the attached Exhibit A, the affidavit of service.

Dated: July 12, 2022
      New York, New York

By: _____
    Joseph Butler