# EXHIBIT 7

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Bytemark Inc
Plaintiff(s),

vs.

Xerox Corp., et al
Defendant(s).

ATTORNEY: MCKOOL SMITH, P.C.

CASE NUMBER: 1:17-CV-01803 (PGG)

DATE OF FILING:

COURT DATE: 07/14/2022

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF ERIE   ss:

I, Joseph Butler, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 07/01/2022 at 5:43 PM at 250 Porterville Rd, East Aurora, NY 14052,
Deponent served the **Letter, Subpoena to Testify at a Deposition in a Civil Action, Protective Order and a witness fee of $42.32** upon **Jennifer Meredith**, witness herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Jennifer Meredith**, personally; deponent knew said person so served to be the person mentioned and described as said witness therein.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female**  Skin: **White**  Hair: **Blonde**  Age (Approx): **45** Height(Approx): **5'11"**  Weight(Approx): **160-170 lbs**  Glasses: **No**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this
July 5th 2022

_Joseph Butler_

KATHLEEN M. HARRINGTON
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION No. 01HA6311268
QUALIFIED IN ERIE COUNTY
My Commission Expires Sept. 15, 2022

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic# 1422060
Case No: 1652184