UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC., § § Plaintiff, § § v. § § XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP., § § § § § § § § Defendants. § § § § § | CIVIL ACTION NO. 1:17-cv-01803 (PGG) ECF CASE |

## XEROX AND CONDUENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants Xerox Corp., ACS Transport Solutions, Inc., Xerox Transport Solutions, Inc. (collectively, "Xerox") and Conduent Inc. ("Conduent") request leave to file under seal Exhibit 3 in support of Xerox and Conduent's Response in Opposition to Third-Party Jennifer Meredith's Motion to Quash Defendants' Subpoena and for a Protective Order. That exhibit, reflecting the invalidity contentions of Masabi during separate litigation, was produced by Plaintiff Bytemark, Inc., during this litigation and Bytemark designated it Confidential under the Protective Order. Xerox and Conduent thus seek leave to file Exhibit 3 under seal to comply with their obligations under the Protective Order. Pursuant to Your Honor's Individual Rule II(B), Xerox and Conduent hereby provide notice to Bytemark that "it must file, within three days, a letter explaining the need to seal or redact [exhibit 3]."

Dated: July 12, 2022

        Respectfully submitted,

        */s/ Ashley N. Moore*
        Ashley N. Moore (admitted *pro hac vice*)
        David Sochia (admitted *pro hac vice*)
        Douglas A. Cawley (admitted *pro hac vice*)
        Jonathan Powers (admitted *pro hac vice*)
        McKool Smith, P.C.
        300 Crescent Court, Suite 1500
        Dallas, Texas 75201
        Tel:    (214) 978-4000
        Fax:   (214) 978-4044
        amoore@mckoolsmith.com
        dsochia@mckoolsmith.com
        dcawley@mckoolsmith.com
        jpowers@mckoolsmith.com

        Eliza Beeney
        McKool Smith, P.C.
        One Bryant Park, 47th Floor
        New York, New York 10036
        Tel:    (212) 402-9424
        Fax:   (212) 402-9444
        ebeeney@mckoolsmith.com

        *Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

      This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 12th day of July, 2022. Any other known counsel of record will be served with a copy of this document by e-mail and/or facsimile transmission.

                                  By:    */s/ Jonathan Powers*
                                           Jonathan Powers