UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC., <br><br> Plaintiff, <br><br> v. <br><br> XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP., <br><br> Defendants. | CASE NO. 1:17-CV-01803 (PGG) (JW) |

NOTICE OF NJ TRANSIT'S
MOTION TO STAY PENDING THE COURT'S
RULING ON ELEVENTH AMENDMENT IMMUNITY

PLEASE TAKE NOTICE that, pursuant to the attached Memorandum of Law in Support of NJ Transit's Motion to Stay Pending the Court's Ruling on Eleventh Amendment Immunity, NJ Transit will move before the Honorable Paul G. Gardephe at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 705, 40 Foley Square, New York, NY 10007, at such time and place to be scheduled by this Court, for an Order (1) staying Bytemark's claims against NJ Transit and (2) barring Bytemark from seeking discovery from NJ Transit.

Dated: July 15, 2022

Respectfully submitted,

*/s/ Ashley N. Moore*
Ashley N. Moore (admitted *pro hac vice*)
amoore@mckoolsmith.com
David Sochia (admitted *pro hac vice*)
dsochia@mckoolsmith.com
Douglas A. Cawley (admitted *pro hac vice*)

dcawley@mckoolsmith.com
Jonathan Powers (admitted *pro hac vice*)
jpowers@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Eliza Beeney
ebeeney@mckoolsmith.com
**MCKOOL SMITH, P.C.**
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9424
Facsimile: (212) 402-9444

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 15, 2022, NJ Transit's Motion to Stay was served via ECF on counsel of record at the following email addresses:

   dkeyhani@keyhanillc.com
   fstephenson@keyhanillc.com
   aengel@keyhanillc.com

                                         By:   */s/ Ashley N. Moore*
                                                      Ashley Moore