UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CASE NO. 1:17-CV-01803 (PGG) (JW) |
| | § |
| XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP., | § § § § § |
| | § |
| Defendants. | § |

**DEFENDANT NEW JERSEY TRANSIT CORP.'S
NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT REGARDING
<u>ELEVENTH AMENDMENT IMMUNITY</u>**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant New Jersey Transit Corp. ("NJ Transit"), through its undersigned counsel, respectfully moves the Court before the Honorable Paul G. Gardephe for an order granting summary judgment that Plaintiff Bytemark, Inc's ("Bytemark") claims against NJ Transit are barred by the Eleventh Amendment of the United States Constitution.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Law in Support, the Local Rule 56.1 Statement of Material Facts, the Declaration of Jonathan Powers and exhibits attached thereto, all submitted concurrently herewith, as well as all cited pleadings in this action, any matter of which the Court may take judicial notice, and any argument as the Court may considering hearing on this Motion.

Dated: October 14, 2022                Respectfully submitted,

/s/ Ashley N. Moore
Ashley N. Moore (admitted *pro hac vice*)
amoore@mckoolsmith.com
David Sochia (admitted *pro hac vice*)
dsochia@mckoolsmith.com
Douglas A. Cawley (admitted *pro hac vice*)
dcawley@mckoolsmith.com
Jonathan Powers (admitted *pro hac vice*)
jpowers@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

        Eliza Beeney
        *ebeeney@mckoolsmith.com*
        **McKool Smith, P.C.**
        One Bryant Park, 47th Floor
        New York, New York 10036
        Telephone: (212) 402-9424
        Facsimile: (212) 402-9444

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 14, 2022, the foregoing document was served on counsel of record at the following email addresses:

    dkeyhani@keyhanillc.com
    fstephenson@keyhanillc.com

                                              By:    */s/ Ashley N. Moore*
                                                             Ashley Moore