IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BYTEMARK, INC.,

    Plaintiff,

    v.

XEROX CORP., ACS TRANSPORT
SOLUTIONS, INC., XEROX
TRANSPORT SOLUTIONS, INC.,
CONDUENT INC., and
NEW JERSEY TRANSIT CORP.,

    Defendants.

Civil Action No. 1:17-cv-01803-PGG-JW

JURY TRIAL DEMANDED

**PLAINTIFF'S NOTICE OF FINAL WRITTEN DECISION FOR**
**U.S. PATENT NO. 10,346,764**

Plaintiff Bytemark, Inc. hereby provides the Court notice that a Final Written Decision issued on August 16, 2023 (Exhibit A) in connection with an *inter partes* review of U.S. Patent No. 10,346,764 (the "'764 Patent") brought by Defendants Xerox Corp., ACS Transport Solutions, Inc., Xerox Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp (collectively "Defendants").

The Board found that Defendants failed to meet their burden of establishing that eight of the '764 Patent's claims (claims 3–8, 11–14, 22, 24, and 25) are unpatentable. Bytemark is asserting at least claims 3-8, 11-14, 24 and 25 of the '764 Patent against Defendants in this case. This decision is relevant to Plaintiff's infringement claims and Defendants' counterclaims and affirmative defenses including estoppel pursuant to 35 U.S.C. §315 (e).

Dated: August 18, 2023

Respectfully submitted,

/s/ Dariush Keyhani
Dariush Keyhani
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
Telephone: (202) 748-8950
Fax: (202) 318-8958
dkeyhani@keyhanillc.com
*Attorneys for Plaintiff Bytemark, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that the following document and Exhibit A were served on all counsel of record via ECF on this the 18th day of August, 2023.

/s/ Frances H. Stephenson
Frances H. Stephenson