# KEYHANI LLC

1050 30th Street NW
Washington, DC 20007
T. 202.748.8950
F. 202.318.8958
www.keyhanillc.com

———————

Direct Email: dkeyhani@keyhanillc.com
Direct Dial: 202.903.0326

September 18, 2025

**<u>VIA ECF</u>**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, NY 10007

RE:    *Bytemark, Inc. v. Xerox Corp. et al.*, 1:17-cv-01803-PGG-JW

Dear Judge Gardephe:

Plaintiff Bytemark, Inc. ("Bytemark") submits this letter to respectfully request a status update in the *Bytemark, Inc. v. Xerox Corp. et al.* matter.  On July 15, 2022, Defendants moved to stay proceedings pending the Court's resolution of New Jersey Transit's assertion of Eleventh Amendment immunity.  *See* ECF No. 181.  On August 3, 2022, the parties jointly requested a stay, *see* ECF No. 189, which the Court granted on August 9, 2022, staying the case pending decision on New Jersey Transit's proposed summary judgment motion.  *See* ECF No. 190.

On November 15, 2022, New Jersey Transit filed a motion for summary judgment on its asserted Eleventh Amendment immunity defense which remains pending.  *See* ECF No. 197.  At the Court's convenience, Bytemark respectfully seeks the status of the pending motion and guidance for the client as to when this case may proceed.

Respectfully submitted,

*/s/ Dariush Keyhani*
Dariush Keyhani

Served on Defendants' counsel of record via CM/ECF.