UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.,<br><br>　　　　　Defendants. | Civil Action No. 1:17-cv-01803 |

## MOTION TO WITHDRAW AS ATTORNEY

David Sochia, Eliza Beeney, and Jonathan Powers of McKool Smith, P.C., respectfully move to withdraw as counsel for Xerox Corp., ACS Transport Solutions, Inc., Xerox Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp. ("Defendants") in the above-captioned matter.

Defendants will continue to be represented by counsel of record Ashley N. Moore of Greenberg Traurig, LLP. The Client is aware of, and consents to, this withdrawal. McKool Smith is not asserting a retaining or charging lien in connection with this matter. McKool Smith's withdrawal will not prejudice Defendants.

WHEREFORE, undersigned counsel respectfully requests that the Court permit McKool Smith, P.C. (David Sochia, Eliza Beeney, and Jonathan Powers) to withdraw as counsel for Defendants in this matter.

Dated: March 9, 2026

                                      **MCKOOL SMITH, P.C.**

                                  By: /s/ *Eliza Beeney*
                                        Eliza Beeney
                                        1301 Avenue of the Americas, 32nd Fl.
                                        New York, NY  10019
                                        ebeeney@McKoolSmith.com
                                        T: (212) 402-9400
                                        F: (212) 402-9444

                                        David Sochia
                                        Jonathan Powers
                                        300 Crescent Court
                                        Suite 1500
                                        Dallas, TX 75201
                                        dsochia@mckoolsmith.com
                                        jpowers@mckoolsmith.com
                                        T: (214) 978-4000
                                        F: (214) 978-4044

                                        *Attorneys for Defendants*