UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYTEMARK, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>XEROX CORP., ACS TRANSPORT SOLUTIONS, INC., XEROX TRANSPORT SOLUTIONS, INC., CONDUENT INC., and NEW JERSEY TRANSIT CORP.,<br><br>            Defendants. | Civil Action No. 1:17-cv-01803 |

### DECLARATION OF ELIZA BEENEY
### IN SUPPORT OF MOTION TO WITHDRAW

ELIZA BEENEY, hereby declares:

1. I am principal in the law firm of McKool Smith P.C. ("McKool Smith") and counsel of record for Xerox Corp., ACS Transport Solutions, Inc., Xerox Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp., ("Defendants").

2. Pursuant to Local Civil Rule 1.4, I respectfully request leave for me and my McKool Smith colleagues David Sochia and Jonathan Powers to withdraw as counsel of record for the Defendants.

3. Defendants will continue to be represented in this matter by counsel of record, Ashley N. Moore of Greenberg Traurig, LLP.

4. McKool Smith is not asserting a retaining or charging lien in connection with this matter. McKool Smith's withdrawal will not prejudice Defendants.

6. I am causing this Declaration and the accompanying Motion to be served on Defendants and all counsel of record consistent with Local Civil Rule 1.4(b).

WHEREFORE, undersigned counsel respectfully requests that this Court permit McKool Smith (David Sochia, Eliza Beeney, and Jonathan Powers) to withdraw as counsel for the Defendants in this matter.

Dated: March 9, 2026                           */s/ Eliza Beeney*
                                                Eliza Beeney