AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Bytemark, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:17-cv-01803-PGG-JW |
| Xerox Corp. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bytemark, Inc.                                                                                                    .

Date:      04/13/2026                                    /s/ Dariush Keyhani
                                                                          *Attorney's signature*

                                                           Dariush Keyhani (D.C. Bar No. 1031500)
                                                                     *Printed name and bar number*

                                                                          Keyhani LLC
                                                                     1050 30th Street NW
                                                                  Washington, D.C. 20007

                                                                          *Address*

                                                           dkeyhani@keyhanillc.com
                                                                     *E-mail address*

                                                                     (202) 748-8950
                                                                     *Telephone number*

                                                                     (202) 318-8958
                                                                     *FAX number*