UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYTEMARK, INC.,

                Plaintiff,

      -against-

XEROX CORP., ACS TRANSPORT
SOLUTIONS, INC., XEROX
TRANSPORT SOLUTIONS, INC.,
CONDUENT INC., and NEW JERSEY
TRANSIT CORP.

                Defendants.

**ORDER**

17 Civ. 1803 (PGG) (JW)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated at today's conference, **by April 24, 2026**, the parties will submit a joint letter providing a justification for the time periods specified in their proposed case management plan. The parties will explain – in 30 to 60 day increments – what they expect will take place between now and the close of fact discovery in December 2026, and why the periods of time sought are necessary.

Dated:  New York, New York
       April 17, 2026

                        SO ORDERED.

                        _____
                        Paul G. Gardephe
                        United States District Judge