# KEYHANI LLC

1050 30th Street NW
Washington, DC 20007
T. 202.748.8950
F. 202.318.8958
www.keyhanillc.com
_____

Direct Email: dkeyhani@keyhanillc.com
Direct Dial: 202.903.0326

April 24, 2026

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, NY 10007

   RE:  *Bytemark, Inc. v. Xerox Corp. et al.*, 1:17-cv-01803-PGG-JW

Dear Judge Gardephe:

  We respectfully submit this joint letter on behalf of Plaintiff Bytemark, Inc. ("Bytemark") and Defendants Xerox Corp., ACS Transport Solutions, Inc., Xerox Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp. ("NJ Transit") (collectively, "Defendants") to address the issues raised in your April 17, 2026, Order (Dkt. # 222).

  The parties set forth below the anticipated events and deadlines in 30 to 60-day increments through the close of fact discovery.

**First 60 Days (April to June 2026)**

- Address outstanding discovery disputes that arose prior to stay of the litigation, including responses to previously served requests and interrogatories and any necessary follow-up requests/interrogatories.

- Parties engage in NJ Transit discovery, which did not take place prior to the stay due to NJ Transit's assertion of constitutional immunity.

**Next 60 Days (July to August 2026)**

- Ongoing document productions by the parties.

- The parties will conduct any necessary source code reviews.

- The parties will conduct any necessary third-party discovery.

- Meet and confer sessions to resolve any disputes regarding scope or sufficiency of document productions/interrogatory responses.

- Commencement of fact witness depositions

Because document discovery from all parties remained incomplete at the time of the stay, and because NJ Transit's document production will be commencing for the first time, the parties require additional time in this period to review productions before proceeding to depositions. Given the volume of materials across multiple Defendants, this 60-day period is necessary to ensure document discovery is substantially complete before depositions begin.

**Next 60 Days (September to October 2026)**

- Completion of party depositions.

- The parties will complete any source code reviews and third-party discovery.

- Commencement of non-party depositions.

Given the technical nature of the claims at issue and the anticipated number of fact witnesses across multiple Defendants, the parties will need this time period to complete depositions and source code review.

**Final 60 Days (November to December 2026)**

- Finalization of all outstanding fact discovery, including any remaining depositions and document productions.

- Resolution of any pending discovery motions.

- The parties will serve and respond to contention interrogatories, as permitted by the SDNY local rules.

Respectfully submitted,

*/s/ Dariush Keyhani*
Dariush Keyhani

Served on Defendants' counsel of record via CM/ECF.