**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BYTEMARK, INC.,

                      Plaintiff,                      **ORDER**

        -against-                    **17-CV-1803 (PGG) (JW)**

XEROX CORP., *et al.*,

                      Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On April 13, 2026, this Court was referred specific non-dispositive disputes at Dkt. Nos. 175-177, 185, and 187. To streamline these matters, the parties are directed to file a joint letter, no more than 10 pages single-spaced, summarizing the outstanding discovery disputes and including each side's position. The letter is due on **May 15, 2026** and the parties are directed to provide a hard copy to the Court.

      SO ORDERED.

DATED:    New York, New York
          April 30, 2026

                            _Jennifer E. Willis_
                            JENNIFER E. WILLIS
                            United States Magistrate Judge