**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

BYTEMARK, INC.,

Plaintiff,

-against-

XEROX CORP., *et al.*,

Defendant.

---------------------------------------------------------------X

**ORDER**

**17-CV-1803 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the parties' letters regarding discovery at Dkt. Nos. 233, 234, and 236. The parties are to appear before the Court for a discovery conference on **November 9, 2026 at 2:00 PM.** The conference will be held in Courtroom 228 at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are directed to file a joint letter, no more than 7 pages single-spaced, summarizing ripe, outstanding discovery disputes with each side's position by **November 2, 2026**. As always, the parties must meet and confer in good faith before raising any issue with the Court. If there are accompanying exhibits, the parties are directed to provide the Court with a courtesy copy of the joint letter, inclusive of exhibits (tabbed, double-sided, in a binder).

Lastly, it is the Court's understanding that there currently is no case management plan in place. The parties are to meet and confer and propose discovery deadlines via joint letter by **October 9, 2026.**

SO ORDERED.

DATED: New York, New York
September 30, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge