KEYHANI LLC
1050 30th Street NW
Washington, DC 20007
T. 202.748.8950
F. 202.318.8958
www.keyhanillc.com

Direct Email: dkeyhani@keyhanillc.com
Direct Dial: 202.903.0326

October 9, 2026

**VIA ECF**
Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 228
New York, NY 10007

RE: *Bytemark, Inc. v. Xerox Corp. et al.*, 1:17-cv-01803-PGG-JW

Dear Judge Willis:

We respectfully submit this joint letter on behalf of Plaintiff Bytemark, Inc. ("Bytemark") and Defendants Xerox Corp., ACS Transport Solutions Inc., Xerox Transport Solutions, Inc., Conduent Inc., and New Jersey Transit Corp. (collectively, "Defendants") to propose discovery deadlines as directed in your September 30, 2026 order (Dkt. No. 237).

The parties propose the following discovery deadlines:

- April 15, 2027 –deadline to conduct fact depositions, and the close of fact discovery;
- May 13, 2027 – deadline to serve initial expert reports;
- June 10, 2027 – deadline to serve rebuttal expert reports;
- July 8, 2027 – deadline to conduct expert depositions, and the close of expert discovery;
- July 15, 2027 – deadline to submit a letter in accordance with Rule 4(A) of Judge Gardephe's Individual Practices seeking to make post-discovery dispositive motions;
- July 20, 2027 – deadline to submit an opposition letter in accordance with Rule 4(A) of Judge Gardephe's Individual Practices.

Respectfully submitted,

*/s/ Dariush Keyhani*
Dariush Keyhani

Served on Defendants' counsel of record via CM/ECF.