**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BYTEMARK, INC.,

Plaintiff,

-against-

XEROX CORP., *et al.*,

Defendant.
-------------------------------------------------------------X

**ORDER**

**17-CV-1803 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the parties' joint letter outlining outstanding discovery dispute at Dkt. No. 240 ahead of the upcoming discovery conference on November 9, 2026. As written, the joint letter does not provide enough information for the Court to meaningfully engage with the discovery issues. For instance, the parties discuss discovery disputes broadly without noting the particular discovery requests in dispute, and identify alleged deficiencies without meaningfully describing what documents they believe to be missing. Further, the parties have not provided a copy of the relevant requests for production or interrogatories.

To that end, the parties are directed to provide a more detailed letter by **end of day tomorrow, November 6, 2026**. The joint letter, which shall be no more than 7 pages, must provide more detail regarding the specific discovery requests or interrogatories in dispute. If a party contends that there are deficiencies in their adversary's production, they must specify what they contend is missing.

The parties are reminded that only ripe discovery disputes should be raised to the Court. If the parties require more time, they may write to the Court to request

an adjournment of the November 9 conference to a later date. However, the parties are warned that the Court does not have availability to reschedule the conference until January 2027.

SO ORDERED.

DATED: New York, New York
November 5, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge